

**FORM TO BE USED BY A PRISONER FILING AN APPLICATION TO PROCEED IN FORMA PAUPERIS IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

08-cv-346

RECEIVED JAN 22 2008

### I. CAPTION

David Tyrone Cooper
(Enter the full name of plaintiff or plaintiffs)

v.

Pottstown Police Dept / Norristown Parole Office & Montgomery County Police Detectives
(Enter the full name of defendant or defendants)

**Instructions:**

The caption of this application should be identical to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

### II. DECLARATION

I, (your name) David Cooper, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of *in forma pauperis* status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?   yes (✓) no ( )

2. If you are not employed do you have other income?   yes ( ) no ( )

3. If "yes" to either of above, state source of monthly income and amount.
   source  Food Service   amount  Around 40 Monthly

4. If "no," state date and place of last employment and amount of monthly income.
   date and place _____  amount _____

5. Do you have money in a prison account? yes ( ) no (✓) amount  None
6. Do you have money in a bank account?   yes ( ) no (✓) amount _____

7. Do you own or have an interest in valuable property such an automobile real estate, stocks, or bonds?   yes ( ) no (✓)

   If "yes," describe property _____ value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_NA_

9. State whether you have received within the past 12 months any money from any of the following sources:

a. Business, profession or other form of self-employment yes ( ) no (✓)

b. Rent payments, interest or dividends                yes ( ) no (✓)

c. Pensions, annuities or life insurance payments      yes ( ) no (✓)

d. Gifts or inheritances                              yes ( ) no (✓)

e. Any other sources                                  yes (✓) no ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

Money orders from family members for cosmetic & personal hygiene

## III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_David Cooper_
SIGNATURE OF PLAINTIFF

_12-11-07_
DATE

## IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _39.26_ Br to his credit at the _SCI Huntingdon_ on account institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _53.36_; and that the average monthly deposits during the during the last six months were $ _69.06_.

_Elizabeth Christoff, A___
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL

_12-19-07_
DATE