**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID T. COOPER** | : | **CIVIL ACTION** |
| **ESTHER SAUNDERS** | : | |
| | : | |
| v. | : | |
| | : | |
| **REGINALD A. ROBERTS, et al.** | : | **NO. 08-0346** |

**O R D E R**

AND NOW, this      day of January, 2008, upon consideration of the application to proceed in forma pauperis submitted by plaintiff, David T. Cooper, and it appearing that he has failed to comply with the filing fee requirements of 28 U.S.C. § 1915, because he has not submitted a certified copy of his inmate trust fund account statement for the entire six-month period preceding the filing of his complaint on January 22, 2008, which includes all deposits and withdrawals from the account for the entire six-month period, the application to proceed in forma pauperis filed by plaintiff, David T. Cooper, is DENIED without prejudice.

Furthermore, each plaintiff in this action must: (i) sign the complaint in accordance with Rule 11 of the Federal Rules of Civil Procedure, and (ii) file a separate application to proceed in forma pauperis.

**BY THE COURT:**


**/S/ EDUARDO C. ROBRENO, J.**