FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I. CAPTION

David T Cooper
(Enter the full name of plaintiff or plaintiffs)

v.

Reginald Roberts, Raymond Havrilak
CPL CRIMM, OFFICER Hatfield
Dennis Powell
(Enter the full name of defendant or defendants)

Instructions:

The caption of this application should be identical to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

II. DECLARATION

I, (your name) David T Cooper, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of in forma pauperis status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?    yes (✓) no ( )

2. If you are not employed do you have other income?    yes ( ) no ( )

3. If "yes" to either of above, state source of monthly income and amount.
   source  SCI Huntingdon PM Faxl Service   amount  45.00 Monthly

4. If "no," state date and place of last employment and amount of monthly income.
   date and place _____  amount _____

5. Do you have money in a prison account? yes ( ) no (✓) amount ____
6. Do you have money in a bank account?   yes ( ) no (✓) amount ____

7. Do you own or have an interest in valuable property such an automobile real estate, stocks, or bonds?   yes ( ) no (✓)

   If "yes," describe property _____ value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_None_

9. State whether you have received within the past 12 months any money from any of the following sources:

    a. Business, profession or other form of self-employment    yes ( ) no (√)

    b. Rent payments, interest or dividends      yes ( ) no (√)

    c. Pensions, annuities or life insurance payments      yes ( ) no (√)

    d. Gifts or inheritances      yes ( ) no (√)

    e. Any other sources      yes (√) no ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_Money orders from family members for personal Hygiene_

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_David Cooper_            _2-3-08_
SIGNATURE OF PLAINTIFF           DATE

### IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _.07 BL_ on account to his credit at the _State Correctional Institution of Huntingdon_ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _28.74 BL_ ; and that the average monthly deposits during the during the last six months were $ _47.44 BL_ .

_Elyabeth Christoff, acct._        _2/5/1?_
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL     DATE

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING         DATE  2/05/2008
REMOTE PRINT TIME   9:24               FROM PURGE FILE            PAGE          1

   INMATE     NAME
   NUMBER     LAST              FIRST            MI         STARTING BALANCE
   DJ7072     COOPER            DAVID                              6.45

BATCH     DATE                                         TRANSACTION  BALANCE AFTER
  #    MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT    TRANSACTION

 8194  07-13-2007  32  HUN COMMISSARY
                       FOR   7/13/2007                    -6.26         .19
 9199  07-18-2007  10  INMATE EMPLOYMENT
                       HUN PAYROLL 2007 - 06 GRP 3         2.50        2.69
 9199  07-18-2007  10  INMATE EMPLOYMENT
                       HUN PAYROLL 2007 - 06 GRP 3        36.96       39.65
 8201  07-20-2007  32  HUN COMMISSARY
                       FOR   7/20/2007                   -23.24       16.41
 8207  07-26-2007  34  HUN CABLE   TV
                       FOR   7/26/2007                   -15.75         .66
  378  08-03-2007  13  PERSONAL GIFT FROM
                       UNKNOWN (110648)                   30.00       30.66
 8222  08-10-2007  32  HUN COMMISSARY
                       FOR   8/10/2007                   -30.53         .13
  404  08-10-2007  13  PERSONAL GIFT FROM
                       SAUNERS E. (111145)                50.00       50.13
 8226  08-14-2007  86  HUN COMMISSARY CR
                   32  FOR   8/14/2007                     3.23       53.36
 9228  08-16-2007  10  INMATE EMPLOYMENT
                       HUN PAYROLL 2007 - 07 GRP 3         3.50       56.86
 9228  08-16-2007  10  INMATE EMPLOYMENT
                       HUN PAYROLL 2007 - 07 GRP 3        38.50       95.36
 8229  08-17-2007  32  HUN COMMISSARY
                       FOR   8/17/2007                   -32.27       63.09
  436  08-20-2007  13  PERSONAL GIFT FROM
                       SAUNDERS, BERNICE      (111578P    15.00       78.09
 8233  08-21-2007  86  HUN COMMISSARY CR
                   32  FOR   8/21/2007                     1.75       79.84
  464  08-23-2007  13  PERSONAL GIFT FROM
                       POTTSTOWN, PA (111759)            100.00      179.84
 8236  08-24-2007  32  HUN COMMISSARY
                       FOR   8/24/2007                   -60.27      119.57
  476  08-27-2007  37  POSTAGE
                       LEGAL - AUGUST 24, 2007            -5.65      113.92
 8240  08-28-2007  86  HUN COMMISSARY CR
                   32  FOR   8/28/2007                     3.22      117.14
 8242  08-30-2007  32  HUN COMMISSARY
                       FOR   8/30/2007                   -14.03      103.11
  489  08-30-2007  38  INSIDE PURCHASES
                       XEROX COPIES 8/21/07               -2.80      100.31
 8242  08-30-2007  34  HUN CABLE   TV
                       FOR   8/30/2007                   -15.75       84.56
  532  09-11-2007  14  MISCELLANEOUS
                       HUN TV CABLE REFUND   AUG 8 & 9     1.02       85.58
```

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING          DATE  2/05/2008
REMOTE PRINT TIME   9:24                FROM PURGE FILE               PAGE           2

         INMATE     NAME
         NUMBER     LAST                FIRST            MI
         DJ7072     COOPER              DAVID

                                                           TRANSACTION  BALANCE AFTER
BATCH      DATE
  #     MO DY YEAR      TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

 9261   09-18-2007  10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 08 GRP 3            5.50           91.08
 9261   09-18-2007  10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 08 GRP 3           38.75          129.83
 8270   09-27-2007  34  HUN CABLE   TV
                        FOR   9/27/2007                      -15.75          114.08
 8271   09-28-2007  32  HUN COMMISSARY
                        FOR   9/28/2007                      -57.94           56.14

                  BALANCE AFTER THESE TRANSACTIONS------>                     56.14
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES         PARTIAL ACCOUNT LISTING       DATE     2/05/2008
REMOTE PRINT TIME   9:24               FROM ACTIVE FILE           PAGE           1

    INMATE      NAME
    NUMBER      LAST                FIRST              MI         STARTING BALANCE
    DJ7072      COOPER              DAVID                                   56.14

                                                        TRANSACTION   BALANCE AFTER
 BATCH     DATE                                           AMOUNT       TRANSACTION
   #    MO DY YEAR     TRANSACTION DESCRIPTION

   642  10-03-2007  37  POSTAGE
                        OCTOBER 1, 2007                      -.58          55.56
  8277  10-04-2007  32  HUN COMMISSARY
                        FOR 10/04/2007                    -18.19           37.37
  8285  10-12-2007  32  HUN COMMISSARY
                        FOR 10/12/2007                    -19.92           17.45
  8288  10-15-2007  86  HUN COMMISSARY CR
                    32  FOR 10/15/2007                       .37           17.82
  9290  10-17-2007  10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 09 GRP 3         1.50           19.32
  9290  10-17-2007  10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 09 GRP 3         4.00           23.32
  8298  10-25-2007  34  HUN CABLE   TV
                        FOR 10/25/2007                    -15.75            7.57
  8299  10-26-2007  32  HUN COMMISSARY
                        FOR 10/26/2007                     -6.23            1.34
   760  10-29-2007  37  POSTAGE
                        LEGAL - OCTOBER 28, 2007             -.41             .93
   779  11-01-2007  13  PERSONAL GIFT FROM
                        COOPER H. (115450)                 50.00           50.93
  8312  11-08-2007  32  HUN COMMISSARY
                        FOR 11/08/2007                    -29.61           21.32
  8319  11-15-2007  32  HUN COMMISSARY
                        FOR 11/15/2007                    -18.94            2.38
  9320  11-16-2007  10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 10 GRP 3         5.13            7.51
  9320  11-16-2007  10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 10 GRP 3        17.50           25.01
  8325  11-21-2007  32  HUN COMMISSARY
                        FOR 11/21/2007                    -25.00             .01
  8333  11-29-2007  34  HUN CABLE   TV
                        FOR 11/29/2007                    -15.75          -15.74
   905  12-05-2007  13  PERSONAL GIFT FROM
                        SAUNDERS BERNICE (117055)          15.00            -.74
   945  12-14-2007  13  PERSONAL GIFT FROM
                        SAUNDERS, E        (117772)        40.00           39.26
  9352  12-18-2007  10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 11 GRP 3         3.63           42.89
  9352  12-18-2007  10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 11 GRP 3        38.50           81.39
  8354  12-20-2007  32  HUN COMMISSARY
                        FOR 12/20/2007                    -66.47           14.92
   984  12-26-2007  13  PERSONAL GIFT FROM
                        ES  (118445)                       30.00           44.92
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING       DATE   2/05/2008
REMOTE PRINT TIME   9:24              FROM ACTIVE FILE           PAGE        2

   INMATE      NAME
   NUMBER      LAST                  FIRST            MI
   DJ7072      COOPER                DAVID

                                                           TRANSACTION  BALANCE AFTER
BATCH     DATE
  #    MO DY YEAR       TRANSACTION DESCRIPTION               AMOUNT    TRANSACTION

 8361  12-27-2007   32  HUN COMMISSARY
                        FOR 12/27/2007                          -7.16         37.76
 8361  12-27-2007   34  HUN CABLE  TV
                        FOR 12/27/2007                         -15.75         22.01
 8004  01-04-2008   32  HUN COMMISSARY
                        FOR  1/04/2008                         -21.75           .26
 1051  01-10-2008   37  POSTAGE
                        JANUARY 9, 2008                         -1.31         -1.05
 9016  01-16-2008   10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 12 GRP 3               .38          -.67
 9016  01-16-2008   10  INMATE EMPLOYMENT
                        HUN PAYROLL 2007 - 12 GRP 3             53.36         52.69
 1083  01-17-2008   37  POSTAGE
                        JANUARY 15, 2008        LEGAL           -1.82         50.87
 1083  01-17-2008   37  POSTAGE
                        JANUARY 15, 2008        LEGAL           -9.40         41.47
 1081  01-18-2008   31  OUTSIDE PURCHASES
                        JACK L MARCUS                          -39.75          1.72
 1147  01-31-2008   13  PERSONAL GIFT FROM
                        SAUNDERS B. (120728)                    20.00         21.72
 8031  01-31-2008   34  HUN CABLE  TV
                        FOR  1/31/2008                         -15.75          5.97
 8032  02-01-2008   32  HUN COMMISSARY
                        FOR  2/01/2008                          -4.44          1.53
 1156  02-04-2008   37  POSTAGE
                        JANUARY 30, 2008 LEGAL                  -1.46           .07

                        BALANCE AFTER THESE TRANSACTIONS------>                 .07
```