```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID T. COOPER,                :   CIVIL ACTION
                                :   NO. 08-346
        Plaintiff,              :
                                :
     v.                         :
                                :
REGINALD ROBERTS ET AL.,        :
                                :
        Defendants.             :
```

**O R D E R**

**AND NOW,** this **25th** day of **March 2008,** it is hereby **ORDERED** that the Clerk of the Court shall file the attached application of Esther Saunders to proceed in forma pauperis.

It is further **ORDERED** that the application is **DENIED** without prejudice.[1]

**AND IT IS SO ORDERED.**

                                       S/Eduardo C. Robreno
                                       **EDUARDO C. ROBRENO, J.**

---

[1] Ms. Saunders was dismissed from the case on March 11, 2008 for failure to properly file an application to proceed in forma pauperis. Although Ms. Saunders mailed an application to Chambers, she failed to file it with the Clerk of Court. Regardless, Ms. Saunders did not fully complete the application form or otherwise provide the Court with information to support her application.