**FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

### I. CAPTION

_Esther Saunders_
(Enter the full name of **plaintiff** or
plaintiffs)

v.

_Reginald Roberts, Et
AL., Defendants._

(Enter the full name of **defendant** or
defendants)

08-346-file

RECEIVED FEB 22 ...

JUDGE ROBRENO

**Instructions:**

The caption of this application should be **identical** to the caption of the  complaint.  A
separate application must be completed by each plaintiff  listed in the caption.  Show your
full name in the first line of the  declaration below.  Provide all information requested.

### II. DECLARATION

I, (your name) _____, declare that I am the plaintiff in
the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed
_in forma pauperis_ pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full
fee to file this action or give security therefor.  I understand that the granting of _in forma
pauperis_ status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?            yes ( ) no ( )

2. If you are not employed do you have other income?       yes ( ) no ( )

3. If "yes" to either of above, state source of monthly income and amount.

   source _____ amount _____

4. If "no," state date and place of last employment and amount of monthly       income.

   date and place _____ amount _____

5. Do you have money in a prison account? yes ( ) no ( ) amount _____
6. Do you have money in a bank account?   yes ( ) no ( ) amount _____

7. Do you own or have an interest in valuable property such an automobile
   real estate, stocks, or bonds?       yes ( ) no ( )

   If "yes," describe property _____ value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_____

9. State whether you have received within the past 12 months any money from any of the following sources:

   a. Business, profession or other form of self-employment yes ( ) no ( )

   b. Rent payments, interest or dividends          yes ( ) no ( )

   c. Pensions, annuities or life insurance payments     yes ( ) no ( )

   d. Gifts or inheritances              yes ( ) no ( )

   e. Any other sources                yes ( ) no ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_____

## III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_Esther Saunders_                              _2/19/08_
SIGNATURE OF PLAINTIFF                          DATE

## IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _____; and that the average monthly deposits during the during the last six months were $ _____.

_____          _____
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL           DATE