IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID T. COOPER | :NO:  08-346 |
| vs. | : |
| OFFICER RAYMOND J. HAVRILAK CORPORAL GRIMM AND OFFICER HATFIELD | : : |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF COURTS:**

    Kindly enter my appearance on behalf of defendants, Officer Raymond J. Havrilak, Corporal Grimm and Officer Hatfield only.

                      FRANCIS R. GARTNER & ASSOCIATES
                      BY:   /s/David P. Karamessinis, Esquire
                                 David P. Karamessinis, Esquire
                                 Attorney for Defendants, Havrilak,
                                 Grimm and Hatfield
                                 ID#:  50836
                                 1500 Market Street- Suite 2920
                                 Philadelphia, PA  19102
                                 267-675-3028