
*cv346*

FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## I. CAPTION

Esther Saunders
_(Enter the full name of plaintiff or plaintiffs)_

v.

Reginald Roberts, et al.,
Defendant
_(Enter the full name of defendant or defendants)_

**Instructions:**

The caption of this application should be identical to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

## II. DECLARATION

I, (your name) **X Esther Saunders**, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of in forma pauperis status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have ~~prison~~ employment?   yes ( )  no (X)

2. If you are not employed do you have other income?   yes (X)  no ( )

3. If "yes" to either of above, state source of monthly income and amount.
   source __Child Support__   amount __500.00 monthly__

4. If "no," state date and place of last employment and amount of monthly income.
   date and place __Aegon Insurance, Fraser__ amount __1600 monthly__

5. Do you have money in a prison account?  yes ( ) no (X)  amount _____
6. Do you have money in a bank account?  yes ( ) no (X)  amount _____

7. Do you own or have an interest in valuable property such an automobile, real estate, stocks, or bonds?   yes (X)  no ( )
   If "yes," describe property __Automobile__   value __$1,200__

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support. Fiance - David Cooper, 34 Children - Chris 15, Carlasia 9, Deveaha 3

9. State whether you have received within the past 12 months any money from any of the following sources:

   a. Business, profession or other form of self-employment  yes ( ) no (X)

   b. Rent payments; interest or dividends   yes ( ) no (X)

   c. Pensions, annuities or life insurance payments   yes ( ) no (X)

   d. Gifts or inheritances   yes ( ) no (X)

   e. Any other sources   yes ( ) no (X)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

## III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_Esther Saunders_  
SIGNATURE OF PLAINTIFF

4/15/08  
DATE

## IV. CERTIFICATION

Instructions: N/A

Request that an appropriate prison official provide: 1) the information below concerning your inmate trust fund account balances; and 2) a certified copy of your inmate trust fund account statement showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _____; and that the average monthly deposits during the during the last six months were $ _____.

SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL          DATE