IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID T. COOPER** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **REGINALD A. ROBERTS, et al.** | : | NO. 08-0346 |

O R D E R

AND NOW, this          day of April, 2008, upon consideration of the motion to proceed in forma pauperis filed by Esther Saunders (Document No. 12), it is hereby ORDERED that her motion to proceed in forma pauperis is DENIED without prejudice for failure to provide the Court with sufficient financial information[1].

**BY THE COURT:**

_/S/ EDUARDO C. ROBRENO, J._

---

1. Plaintiff, a non-prisoner, is using a prisoner motion to proceed in forma pauperis.