IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. COOPER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| REGINALD A. ROBERTS, et al., | : | |
| Defendants | : | No. 08-0346 |

PRAECIPE FOR ENTRY OF APPEARANCE

To the Clerk of the Court:

    Pursuant to Local Rule 5.1, kindly enter the appearance of the undersigned as counsel for defendant Dennis Powell in the above-captioned action.

          Respectfully submitted,

          THOMAS W. CORBETT, JR.
          Attorney General

By:    s/ Kevin Bradford
          Kevin R. Bradford
          Deputy Attorney General
          Attorney I.D. No. 88576

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107
Phone: (215) 560-2262
Fax:   (215) 560-1031

Susan J. Forney
Chief, Litigation Section

Date:  May 9, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. COOPER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| REGINALD A. ROBERTS, et al., | : | |
| Defendants | : | No. 08-0346 |

CERTIFICATE OF SERVICE

I, Kevin R. Bradford, hereby certify that the Notice of Appearance has been filed electronically on May 9, 2008 and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF"). The following parties are listed as ECF Filing Users and are therefore automatically served by electronic means:

- David P. Karamessinis, Esquire [dkarames@travelers.com; kjaffe@travelers.com]

I further certify that a true and correct copy of this document was mailed on May 9, 2008 by first class mail, postage prepaid to the following parties who are not listed as ECF Filing Users in this matter:

David T. Cooper, Inst. #DJ-7072  
State Correctional Institution  
 at Huntingdon  
1100 Pike Street  
Huntingdon, PA 16654-1112  

Philip W. Newcomer, Chief of Litigation  
Montgomery County Solicitor's Office  
One Montgomery Plaza - Suite 800  
Norristown, PA  19404  

By:    s/ Kevin Bradford

Kevin R. Bradford  
Deputy Attorney General  
Attorney I.D. No. 88576  

Office of Attorney General  
21 S. 12th Street, 3rd Floor  
Philadelphia, PA 19107  
Phone: (215) 560-2262  
Fax:    (215) 560-1031  

Susan J. Forney  
Chief, Litigation Section