IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID T. COOPER,               :    CIVIL ACTION
                               :
            Plaintiff          :
                               :
        v.                     :
                               :
REGINALD A. ROBERTS, et al.,   :
                               :
        Defendants            :    No. 08-0346

ORDER

AND NOW, this        day of                , 2008, upon consideration
of Defendant Powell's motion for an extension of time, and for good cause
shown, it is hereby ORDERED that the motion is GRANTED.  Defendant
Powell's time to respond to Plaintiff David Cooper's Complaint is hereby
ENLARGED to June 16, 2008.

BY THE COURT:

_____
EDUARDO C. ROBRENO,  J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. COOPER, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| REGINALD A. ROBERTS, et al., | : | |
| | : | |
| Defendants | : | No. 08-0346 |

MOTION FOR EXTENSION OF TIME IN WHICH TO
RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Dennis
Powell, by his attorney Kevin R. Bradford, Deputy Attorney General, moves the
Court to grant an extension of time in which to respond to Plaintiff David
Cooper's Complaint.  That response is currently due on May 16, 2008.
Defendant Powell relies on the following reasons for his request:

1. This matter was referred to the Pennsylvania Office of Attorney General
   and then administratively assigned to undersigned counsel last week.

2. Plaintiff's Complaint contains a number of facts and claims against
   Defendant Powell.

3. Undersigned counsel needs time to carefully review those facts and
   claims, gather the necessary information for a response, and compose
   that response.

4. Extending the time for Defendant Powell's response to Plaintiff's
   Complaint to June 16, 2008 (a 30-day extension) should provide
   sufficient time to file the response.

5.  Plaintiff will not be prejudiced by a brief extension.

6.  This motion is made without dilatory intent.

WHEREFORE, the Defendant Powell prays for an order extending the deadline for his response to Plaintiff's Complaint to June 16, 2008.


Respectfully submitted,

THOMAS W. CORBETT, JR.
Attorney General


By:      s/ Kevin Bradford
_____
Kevin R. Bradford
Deputy Attorney General
Attorney I.D. No. 88576

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107
Phone: (215) 560-2262
Fax:    (215) 560-1031

Susan J. Forney
Chief, Litigation Section

Date:  May 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID T. COOPER,                          :    CIVIL ACTION
                                          :
                    Plaintiff             :
                                          :
            v.                            :
                                          :
REGINALD A. ROBERTS, et al.,              :
                                          :
                    Defendants            :    No. 08-0346

<u>CERTIFICATE OF SERVICE</u>

I, Kevin R. Bradford, hereby certify that the Motion for extension has
been filed electronically on May 15, 2008 and is available for viewing and
downloading from the Court's Electronic Case Filing System ("ECF").  The
following parties are listed as ECF Filing Users and are therefore automatically
served by electronic means:

- David P. Karamessinis, Esquire [dkarames@travelers.com;
  kjaffe@travelers.com]

I further certify that a true and correct copy of this document was mailed
on May 15, 2008 by first class mail, postage prepaid to the following parties
who are not listed as ECF Filing Users in this matter:

David T. Cooper, Inst. #DJ-7072        Philip W. Newcomer, Chief of Litigation
State Correctional Institution         Montgomery County Solicitor's Office
 at Huntingdon                         One Montgomery Plaza - Suite 800
1100 Pike Street                       Norristown, PA  19404
Huntingdon, PA 16654-1112

                          By:    s/ Kevin Bradford
                                 _____

                                 Kevin R. Bradford
Office of Attorney General       Deputy Attorney General
21 S. 12th Street, 3rd Floor     Attorney I.D. No. 88576
Philadelphia, PA 19107
Phone: (215) 560-2262            Susan J. Forney
Fax:    (215) 560-1031           Chief, Litigation Section