IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. COOPER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| REGINALD A. ROBERTS, et al., | : | |
| Defendants | : | No. 08-0346 |

FILED
MAY 1 6 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 16 day of May, 2008, upon consideration of Defendant Powell's motion for an extension of time, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Defendant Powell's time to respond to Plaintiff David Cooper's Complaint is hereby ENLARGED to June 16, 2008.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

-mail:
K. Bradford
D. Karamessinis