IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DAVID T. COOPER | : | CIVIL ACTION |
| PLAINTIFF | : | **FILED** |
| | : | JUN 1 0 2008 |
| v. | : | MICHAEL E. KUNZ, Clerk |
| | By: _____ Dep. Clerk | **RECEIVED** |
| REGINAL A. ROBERTS, et al | : | JUN 0 6 2008 |
| DEFENDANTS | : | NO. 08 - 0346 |

## Request For Production of Documents
### Pursuant to Rule 34

Plaintiff, David T. Cooper, Pro-se Hereby request defendant
Denis Powell production pursuant to rule 34 of civil pro-
cedure to expand the record and produce further evidence
within the possession of the attorney for respondents that
will directly support the claims as raised by petitioner
and states in support as follow : Note I would like a
respond within 5 working days to following request.

(1) Parole contract that Esther Saunders and Plaintiff
parole agent Ray Bencivengo went over and signed in regards
to plaintiff David T. Cooper being paroled to 107 Stephaine
Lane, Collegeville Pa.

(2) Copy of any and all items that were confiscated from
107 Stephaine Lane on February 17th, 2006 by parole agent
Denis Powell.

(3) A copy of all the names of all parole agents that
assissted Denis Powell when he went into 107 Stephanie Lane
Collegeville Pa, on February 17th 2006.

(4) A copy of Pennsylvania parole listing of any and all
complaints files against Denis Powell by parolees and appr-
oved home plan residences complaints filed against him.

(5) A copy of the policy of Pennsylvania parole policy
governing searches of parolees residences, (approved home
plan ie persons whom parolees were approved to reside with)

Wherefore, Petitioner, David T. Cooper, respectfully request that this court allow discovery to be invoked as good cause has been shown, in according order that the attorney for the defendent provide to petitioner the requested docunents.

SIGNED: _David T Cooper_____

DATE:

ADDRESS: _SCI Huntingdon 1100 Pike St._
_Huntingdon Pa 16654-1112_____

CERTIFICATE OF SERVICE

I _David T. Cooper_ , do hereby declare that I am the defendent
in the motion Requesting for Production of Documents Pursuant
to Rule 34. I certify that I have this day served a true and
correct copy of this motion to the following people.

(Service By U.S. Mail Regular Carrier)

EDUARDO C.ROBERNEO, judge
UNITED STATES DISTRICT
COURT,PHIADELPHIA, PA
19106-1797

KEVIN R. BRADFORD
OFFICE OF ATTORNEY GENERAL
21s. 12th st 3rd Fl.,
PHILADELPHIA, PA 19107

**FILED**

JUN 1 0 2008

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Date: /s/  _David Cooper_
_June 3rd 2008_  _SCI Huntingdon 1100_
_Pike St Huntingdon Pa_
_16654-1112_