IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID T. COOPER,                    :      CIVIL ACTION
                                    :      NO. 08-346
          Plaintiff,               :
                                    :
v.                                  :
                                    :
                                    :
REGINALD A. ROBERTS                 :
ET AL.,                             :
                                    :
          Defendants.               :

O R D E R

AND NOW, this **1ST day of July 2008**, it is hereby **ORDERED**
that there will be a telephone status and scheduling conference
on **Friday, July 11, 2008** at **10:30 a.m.**  Defense counsel shall
arrange for the plaintiff's participation and shall initiate the
call to Chambers at 215-597-4073 when all parties are on the
line.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.