JONATHAN B. YOUNG, ESQUIRE
Attorney I.D. #63885
**Dischell, Bartle, Yanoff & Dooley**
1800 Pennbrook Parkway          Attorney for Defendant,
Suite 200                       Reginald A. Roberts
Lansdale, PA  19446

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID T. COOPER,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 08-CV-346 |
| v. : | |
| : | |
| **REGINALD A. ROBERTS, et al.,** : | |
| : | |
| Defendants. : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Defendant, Montgomery County Detective Reginald A. Roberts, et al. in the above-captioned matter.

Dated:    July 3, 2008             ____S/_____
                                    JONATHAN B. YOUNG, ESQUIRE

Our File No. 08-03351-CR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**DAVID T. COOPER,** :
:
**Plaintiff,** :
: **Civil Action No. 08-CV-346**
v. :
:
**REGINALD A. ROBERTS, et al.,** :
:
**Defendants.** :
_____

### *CERTIFICATE OF SERVICE*

      I, Jonathan B. Young, Esquire, hereby certify that I have served a true and correct copy of Entry of Appearance on behalf of Defendant Reginald A. Roberts to the individual(s) listed below U.S. First Class Mail, postage pre-paid, to:

      David T. Cooper (#DJ-7072)
      SCI-Huntingdon
      1100 Pike Street
      Huntingdon, PA  16654-1112

      David P. Karamessinis, Esquire
      Francis R. Gartner & Associates
      1500 Market St., Ste. 2920
      Philadelphia, PA 19102

      Kevin R. Bradford, Esquire
      Office of the Attorney General
      21 S. 12th Street, 3rd Floor
      Philadelphia, PA 19107


            DISCHELL, BARTLE, YANOFF & DOOLEY


      By: _____*S/*_____
            JONATHAN B. YOUNG, ESQUIRE

Date: _____

Our File No. 08-03351-CR