IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

DAVID T. COOPER,                          :
                                          :
                      Plaintiff,         :
                                          :  Civil Action No. 08-CV-346
       v.                                :
                                          :
REGINALD A. ROBERTS, et al.,              :
                                          :
                  Defendants.        :
_____

### *CERTIFICATE OF SERVICE*

       I, Jonathan B. Young, Esquire, hereby certify that I have served a true and correct copy of Defendant Reginald A. Roberts' Response to Plaintiff's Request for Production of Documents to the individual(s) listed below U.S. First Class Mail, postage pre-paid, to:

        David T. Cooper (#DJ-7072)
        SCI-Huntingdon
        1100 Pike Street
        Huntingdon, PA  16654-1112

        David P. Karamessinis, Esquire
        Francis R. Gartner & Associates
        1500 Market St., Ste. 2920
        Philadelphia, PA 19102

        Kevin R. Bradford, Esquire
        Office of the Attorney General
        21 S. 12th Street, 3rd Floor
        Philadelphia, PA 19107


                         DISCHELL, BARTLE, YANOFF & DOOLEY


                         By:  _____*S/*_____
                               JONATHAN B. YOUNG, ESQUIRE

Date:  _7/03/08_____