IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| DAVID T. COOPER,<br>　　　　　　Plaintiff,<br>　　v.<br>REGINALD A. ROBERTS, et. al<br>　　　　　　Defendants. | Civil Action No. 08-CV-346 |

---

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

　　Kindly withdraw the appearance of Philip W. Newcomer, Esquire for Defendant Reginald A. Roberts. Said defendant is now represented of record by Jonathan B. Young, Esquire.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　*/s/ Philip W. Newcomer*
　　　　　　　　　　　　　　　　Philip W. Newcomer, Esquire
　　　　　　　　　　　　　　　　MONTGOMERY COUNTY SOLICITOR'S OFFICE
　　　　　　　　　　　　　　　　One Montgomery Plaza, Suite 800
　　　　　　　　　　　　　　　　P.O. Box 311
　　　　　　　　　　　　　　　　Norristown, PA  19404-0311
　　　　　　　　　　　　　　　　610-278-3033

Dated:  July 3, 2008

## **CERTIFICATE OF SERVICE**

I, Philip W. Newcomer, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served this 3rd day of July, 2008, via U.S. first class mail, postage prepaid, upon each of the following person:

Mr. David T. Cooper (#DJ-7072)
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA  16654-1112

In addition, the following counsel of record were served with this filing electronically on this 3rd day of July 2008 via the Court's ECF System:

David P. Karamessinis, Esquire
Francis R. Gartner & Associates
1500 Market Street, Suite 2920
Philadelphia, PA  19102

Kevin R. Bradford, Esquire
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107

Jonathan B. Young, Esquire
Dischell, Bartle, Yanoff & Dooley
1800 Pennbrook Parkway, Suite 200
Lansdale, PA  19446

/s/ Philip W. Newcomer
Philip W. Newcomer, Esquire