IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COOPER,                                    :   CIVIL ACTION
                                           :
                                           :
          v.                               :
                                           :
HAVRILAK, et al.,                          :   NO.  08-346

## O R D E R

AND NOW, this **8th** day of **July 2008**, at the request of
counsel, it is hereby Ordered  that the Telephone Status and
Scheduling Conference previously scheduled on July 11, 2008 is
**RESCHEDULED on August 15, 2008[1] at 11 a.m.**

          ATTEST:                     or     BY THE COURT


          BY: s/Trudy Oliver          _____
          Deputy Clerk                          Judge

C.V. 12 (4/99)

xc via First Class Mail:

David T. Cooper, Pro Se

xc via Email:

David Karamessinis, Esquire
Jonathan Young, Esquire
Kevin Bradford, Esquire

_____

          [1]Kevin Bradford, Esquire shall make the necessary
arrangements for plaintiff to participate on the conference.