IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVIT T. COOPER, | : | <u>CIVIL ACTION</u> |
|     Plaintiff. | : | 08-346 |
| v. | : | |
| REGINALD A. ROBERTS, ET AL., | : | |
|     Defendants. | : | |
| | : | |



**FILED**
JUL 1 8 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>PLAINTIFF DAVID T. COOPER, RESPONSE</u>

<u>TO DEFENDANT REGINALD A. ROBERTS ANSWER</u>

<u>TO REQUEST FOR DISCOVERY</u>

Prepared by

Neighbourhood-Assistance

NON-ATTORNEY

<u>www.neighbourhood-assistance.com</u>

on behalf of Plaintiff,

<u>David T. Cooper</u>

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. COOPER, | : | <u>RESPONSE TO DEFENDANT ANSWER</u> |
| Plaintiff. | : | <u>TO REQUEST FOR DISCOVERY</u> |
| V. | : | CIVIL-ACTION No. <u>08-346</u> |
| REGINALD A. ROBERTS, ET AL., | : | |
| Defendants. | : | |
| | : | |

<u>RESPONSE TO DEFENDANT ROBERTS ANSWER</u>

<u>TO REQUEST FOR PRODUCTION OF DOCUMENTS</u>

<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34</u>

Plaintiff David T. Cooper, pro-se, has served Defendant Reginald A. Roberts with a proper Motion for Discovery under Rule 34 of the Federal Rules of Civil Procedure. On July 3, 2008, a full month after Defendant's Receipt of said Motion filed a general Denial Response by and through the assistance of New Counsel Jonathan B. Young. Plaintiff David T. Cooper, hereinafter referred to as Mr. Cooper submits the below response:

1. The Defendant's answer to Requests at #1-4, are not burdensome, nor is it an oppressive task for the Defendant to produce the very information that he is required by the 4th and 14th Amendments to have before he can have reasonable suspicion that Mr. Cooper has violated some Law, this information is therefore relevant to the claims made against the Defendant and the general

denial made by the Defendant is baseless and the requested items must be produced.

2. Defendant's Response to Request #6, is again a general and baseless denial, this information is relevant to showing clearly that the actions of the Defendant were in violation of Mr. Cooper's clearly established rights under the U.S. Constitutions 4th, 8th and, 14th Amendments. Moreover, this information will show that there simply is no justification for the actions taken by the Defendant's to this Action and there was no reason to assault Mr. Cooper and; Defendant's Response to Request #7, is a general baseless denial, this information is reasonably related to the claims against the Defendant and will provide clear and convincing proof that Mr. Cooper was not involved in any Criminal Activity and that Mr. Cooper was secured and assaulted again after being taken from the residence, thus, this information is both material and relevant to the claims made against Defendant Roberts, as there simply is not justification for the actions of the Defendant's.

Wherefore, the above stated response to Defendant's Answer to Request for Discovery, Mr. Cooper asks that this Court issue a Order to Defendant's to produce the Requested Materials.

RESPECTFULLY SUBMITTED,

DATE: 7-10-08    David T Cooper

(2)

CERTIFICATE OF SERVICE

I _David T Cooper_, Do hereby declare that I am the Plaintiff in the foregoing Response to Defendant Reginald A. Roberts Answer to Request for Discovery. I Certify that I have this day served a true and correct copy of the same upon the below named and in the manner indicated. I further state that statements made herein are true and correct based upon my Knowledge, Belief, Information and Experience, in accordance with the provisions under 28 U.S.C. §1746.

(SERVICE BY U.S MAIL REGULAR CARRIER)

_Honorable Eduardo C._
_Robreno, 601 Market St_
_Room 11614_
_Philadelphia, Pa 19106_

_Jonathan B. Young_
_1500 Pennbrook Parkway_
_Suite 200_
_Lansdale, Pa 19446_

_Clerk of Courts_
_601 Market St_
_Philadelphia, Pa 19106_

DATED: 7·10·08

/S/ _David T Cooper #HL9533_
_1100 Pike St SCI Huntingdon_
_Huntingdon Pa 16654-1112_

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. COOPER, | : | CIVIL ACTION |
| Plaintiff. | : | No. 08-346 |
| | : | |
| V. | : | |
| REGINALD A. ROBERTS, ET AL., | : | |
| Defendants. | : | |
| | : | |

## O R D E R

AND NOW, this _10th_ day of _July_, 2008, upon consideration of Plaintiff's Response to Defendant's Answer to Request for Production of Documents, and any other responses thereto, it is hereby **ORDERED** that Defendant Reginald A. Roberts Shall produce the Requested Discovery Materials within ten (10) days of this Court's Order.

BY THE COURT:

_____

EDUARDO C. ROBRENO, J.