IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. COOPER, | : | CIVIL ACTION |
| | : | NO. 08-346 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| REGINALD A. ROBERTS ET AL., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **18th day of August 2008**, for the reasons stated on the record, it is hereby **ORDERED** that the motions to dismiss the complaint (doc. nos. 17, 20, & 22) are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Defendants shall have leave to depose Plaintiff, an inmate at a correctional institution, by **September 17, 2008.**

**IT IS FURTHER ORDERED** that Defendants shall file a motion for summary judgment under FED. R. CIV. P. 56 by **October 17, 2008.**

**IT IS FURTHER ORDERED** that there shall be a telephone status conference on **October 20, 2008 at 10:30 a.m.** Plaintiff shall have the opportunity to request additional discovery during this conference. Defense counsel shall arrange for Plaintiff's participation and shall initiate the call to Chambers at 215-597-

4073 when all parties are on the line.

**AND IT IS SO ORDERED.**

                                   s/Eduardo C. Robreno
                                    **EDUARDO C. ROBRENO, J.**