IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. COOPER, | : | CIVIL ACTION |
| | : | NO. 08-346 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| REGINALD A. ROBERTS ET AL., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this **26TH day of August 2008,** it is hereby **ORDERED** that the Clerk of the Court shall serve Plaintiff's First Amended Complaint upon the Defendants.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

FILED
AUG 26 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk