**JONATHAN B. YOUNG, ESQUIRE**
Attorney I.D. #63885
**Dischell, Bartle, Yanoff & Dooley**
**1800 Pennbrook Parkway**           **Attorney for Defendant,**
**Suite 200**                                      **Reginald A. Roberts**
**Lansdale, PA  19446**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
**DAVID T. COOPER, et al**            :
                                                           :
                          Plaintiff,       :
                                                           :     Civil Action No. 08-CV-346
             v.                                      :
                                                           :
**REGINALD A. ROBERTS, et al.,**  :
                                                           :
                          Defendants.  :
_____

**DEFENDANT REGINALD A. ROBERTS' ANSWER and AFFIRMATIVE
DEFENSES  TO FIRST AMENDED COMPLAINT**

Defendant, Reginald A. Roberts, Montgomery County Detective hereby responds to the allegations set forth in Plaintiffs' Amended Complaint as follows:

1. Paragraph 1 of Plaintiffs' Amended Complaint is set forth as a recitation of the "Procedural History".  Defendant, Reginald A. Roberts, denies all allegations by the Plaintiffs as to any knowing,  intention and/or willful violation of the Plaintiffs, David Cooper's or Esther Saunders' constitutional rights. Strict proof same is demanded at time of trial.

2. Paragraph 2 of Plaintiffs; Amended Complaint is entitled "Statement of Claim". Defendant, Reginald A. Roberts hereby denies any and all allegations set forth in said claim including any and all claims for false arrest, violation of Plaintiffs' constitutional or civil rights

under the United States Constitution and also denies any claims of wrongful forfeiture of the proceeds from drug sales as alleged by Plaintiffs.

    3.    Paragraph 3 of Plaintiffs' Amended Complaint is entitled "Relief". These are conclusions of law to which no response is required. By way of further response, Defendant, Reginald A. Roberts hereby seeks judgment in his favor and a denial of Plaintiffs' claim.

                            RESPECTFULLY SUBMITTED,

                            DISCHELL, BARTLE, YANOFF & DOOLEY


BY:  *S/*  _____
       JONATHAN B. YOUNG, ESQUIRE