IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID T. COOPER, et al : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 08-CV-346 |
| v. : | |
| : | |
| REGINALD A. ROBERTS, et al., : | |
| : | |
| Defendants. : | |

### ORDER

AND NOW, this       day of              , 2008, upon consideration of the joint Defendants' motion to extend the litigation deadlines, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The deadlines set forth in the Order of August 18, 2008 are extended by forty-five (45) days.

BY THE COURT:

_____
EDUARDO C. RUBRENO,  J.

JONATHAN B. YOUNG, ESQUIRE
Attorney I.D. #63885
Dischell, Bartle, Yanoff & Dooley
1800 Pennbrook Parkway                    **Attorney for Defendant,**
Suite 200                                 **Reginald A. Roberts**
Lansdale, PA  19446

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID T. COOPER, et al : | |
| Plaintiff, : | |
| : | Civil Action No. 08-CV-346 |
| v. : | |
| REGINALD A. ROBERTS, et al., : | |
| Defendants. : | |

## MOTION TO EXTEND LITIGATION DEADLINES

**AND NOW,** this 8th day of October, 2008, the Defendants acting in unison hereby request that the litigation deadlines set forth by the Honorable Edwardo C. Robreno, District Judge for the United States District Court for the Eastern District of Pennsylvania be extended as set forth below:

1.  The Defendants, by and through their attorneys, (David *P. Karamessinis, Esquire who represents the officers of the Pottstown Police Department, Kevin R. Bradford, Esquire who represents the PA Attorney General's office and the PA Board of Probation and Parole and their involved Parole Agent, together with, Jonathan B. Young, Esquire, representing Montgomery County Detective Reginald A. Roberts)* jointly request that the litigation deadlines be extended by forty-five (45) days.

2. The Defendants have gained the agreement of the Plaintiff David T. Cooper as to extending the litigation deadlines.

3. Pursuant to an Order dated August 18, 2008 Judge Robreno set forth a scheduled for the litigation of this matter. A true and correct copy of that Order is attached hereto as Exhibit "A".

4. To date, the Defendants have been fully compliant with the Order set forth by Judge Robreno. The Order indicated that Defendants were to depose the Plaintiff on or before September 17, 2008. That deposition has occurred. The Defendants have recently received the transcript from that deposition.

5. The Defendants have subpoenaed the depositions of three (3) additional witnesses. Those witnesses are Mr. Karl Dockery, Mr. Justin Earl Olinger and Ms. Esther Sanders. Two of these depositions took place on October 8, 2008. Ms. Esther Sanders did not appear. The Defendants have obtained a new address and will subpoena Ms. Sanders for an upcoming deposition.

6. The Defendants require additional time to conduct Ms. Sanders' deposition and receive the deposition transcripts.

7. The Defendants hereby jointly request that the litigation deadlines set forth in Judge Robreno's August 18, 2008 Order be extended by forty-five (45) days.

RESPECTFULLY SUBMITTED,

DISCHELL, BARTLE, YANOFF & DOOLEY


BY:  *S/*_____
JONATHAN B. YOUNG, ESQUIRE
Attorney for Montgomery County
Detective Reginald A. Roberts

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID T. COOPER,  :  CIVIL ACTION
  :  NO. 08-346
    Plaintiff,  :
  :
v.  :
  :
  :
REGINALD A. ROBERTS  :
ET AL.,  :
  :
    Defendants.  :

**O R D E R**

**AND NOW**, this **18th day of August 2008**, for the reasons stated on the record, it is hereby **ORDERED** that the motions to dismiss the complaint (doc. nos. 17, 20, & 22) are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Defendants shall have leave to depose Plaintiff, an inmate at a correctional institution, by **September 17, 2008**.

**IT IS FURTHER ORDERED** that Defendants shall file a motion for summary judgment under FED. R. CIV. P. 56 by **October 17, 2008**.

**IT IS FURTHER ORDERED** that there shall be a telephone status conference on **October 20, 2008 at 10:30 a.m.** Plaintiff shall have the opportunity to request additional discovery during this conference. Defense counsel shall arrange for Plaintiff's participation and shall initiate the call to Chambers at 215-597-


EXHIBIT A