IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF PENNSYLVANIA

FILED
OCT - 9 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

3, October, 08.

Honorable Judge, Eduardo C. Robreno
601 Market Street, Room 11614
Philadelphia, Pa. 19106.

RE: Cooper v. Roberts, et al., CV-08-0346

Your Honor,

     I send this letter to you in hopes that you will again tell the Attorney's for the Defendant's to this Action to provide me with the Requested Discovery Materials I need. On August 14th, 2008, a Telephone Conference was held wherein you told the Attorney's for the Defendant's to provide me with the Discovery Materials I had requested, to date I have not received said Requested items but, have instead received a Request for production of documents from Defendant's Attorney asking for the same Documents and information already in their possession.

     I greatly need your assistance in resolving this matter as I am unable to further provide the information needed to show how the Defendant's have knowingly violated my Rights and Assaulted me without justification without the requested discovery items.

                            DAVID T. COOPER, PLAINTIFF
                                 RESPECTFULLY,
                                 David T Cooper
                                 10.3.08