IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID T. COOPER, : CIVIL ACTION
        Plaintiff. : No. 08-0346
v. :
RAYMOND J. HAVRILAK, et al., :
        Defendant's. :
 :

FILED
OCT - 9
MICHAEL E. KUNZ, Clerk
BY_____ Dep. Clerk

OCT 09 2008

RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff David T. Cooper, pro-se, hereinafter referred to as Mr. Cooper, submits the following response to the Defendant's First Request for Production of Documents:

(1). The Defendant's as named to this Action were already instructed by the Court to give Plaintiff the Requested Discovery Items Requested, however, have instead, sent a request for production of Documents already in the Defendant's possession and or available to them through the Limited Authority granted under their Job Title, moreover, Mr. Cooper has provided Defendant's Attorney's with Copies of the requested Medical Evidence during the Deposition conducted by Defendant's Attorney's on September 11th, 2008, thus, the requested information is already within the Defendant's Possession and or readily available to Defendant's and their Attorney's as they are Police Officers.

RESPECTFULLY,

David T Cooper

DATED: 9-25-08

## CERTIFICATE OF SERVICE

I _David Cooper_, Do hereby declare that I am the Plaintiff in the foregoing Response to Defendants First request for Production of Documents. I do Certify that I have this day served a true and correct copy of the same upon the below named and in the manner indicated below. I further state that the Statements made herein are true and correct in accordance with the provisions under 28 U.S.C. §1746.

(SERVICE BY U.S. MAIL REGULAR CARRIER)

**FILED OCT** — MICHAEL E. KU__, Clerk BY _____ Dep Clerk

DAVID P. KARAMESSINIS, ESQ.,
WILLIAM J. FERREN & ASSOCIATES
1500 MARKET STREET, SUITE 2920
PHILADELPHIA, PA. 19102.

CLERK OF COURT
601 Market St
Room 11614
Philadelphia, Pa 17106

DATED: 9.25.08    /s/ _David Cooper_
1100 Pike St
Huntingdon, Pa 16654-1112