IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID T. COOPER, | : | CIVIL ACTION |
|  | : | NO. 08-346 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| REGINALD A. ROBERTS ET AL., | : | |
| | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this **20th day of October 20 2008,** for the reasons stated on the record, it is hereby **ORDERED** that the motion to extend the summary judgment deadline (doc. no. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall file a motion for summary judgment under FED. R. CIV. P. 56 by **Thursday, December 4, 2008.**

**IT IS FURTHER ORDERED** that Plaintiff's requests for production of documents (doc. nos. 21, 39, 40) have been withdrawn by Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff shall have ten (10) days from the date of this Order to serve upon Defendants interrogatories and requests for production of documents.

**AND IT IS SO ORDERED.**

    s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**