IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID T. COOPER** | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| **REGINALD A. ROBERTS, et al** | : | NO. 08-346 |

## ORDER

**AND NOW**, this **12th** day of **NOVEMBER, 2008**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Eduardo C. Robreno to the calendar of the Honorable Mitchell S. Goldberg.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

/s/ Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court