IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID T. COOPER
    PLAINTIFF

v.

OFFICER RAYMOND J. HAVRILAK;
CORPORAL GRIMM and OFFICER HATFIELD

CIVIL ACTION LAW

FILED
NOV 24 2008

PLAINTIFF REQUEST THAT HE BE ALLOWED TO FILE A RESPONSIVE
PLEADING TO THE DEFENDANTS ANSWER TO THE AMENDED COMPLAINT
AFTER A RULING IS MADE ON HIS MOTION FOR APPOINTMENT OF COUNSEL

On 11/4/08 the Defendants filed a Affirmative Defense filed with the Court, Plaintiff will like to preserve his rights in accordance with Rules of Civil procedure, relating to responsive pleadings.

    Plaintiff's Merit and grounds presented for relief throughout the travesty of litigation or attempt thereof, warrant constitution protection, and for a stay until a decision is made in regards to the Appointment of Counsel Plaintiff shall ever pray.

Respectfully submitted:

_David T Cooper_
David T. Cooper #HL9333
1100 Pike Street
Huntingdon, Pennsylvania 16654

Dated: 11·14·08

PROOF OF SERVICE

I do hereby verify that a true and correct copy has been served upon the person listed below, said service was made by first class U.S. Mail.

David P. Karamessinis, Esq.
1500 Market Street / Suite 2920
Philadelphia, Pennsylvania 19102

Respectfully submitted:

_____
David T. Cooper #HL9533
1100 Pike Street
Huntingdon, Pennsylvania 16654

Dated: 11·14·08