# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID T. COOPER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **REGINALD A. ROBERTS, et al** | : | **NO. 08-0346** |

### ORDER

 **AND NOW**, this 4th day of December, 2008, upon consideration of Defendant Powell's

Motion for an Extension of Time, it is hereby **ORDERED** that said Motion is **GRANTED**. The

Defendants' time to file their motions for summary judgment is extended to January 20, 2009.


 **BY THE COURT:**

 **/s/ Mitchell S. Goldberg**
 _____
 **Mitchell S. Goldberg, J.**