### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID T. COOPER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **REGINALD A. ROBERTS, et al** | : | NO. 08-346 |

## ORDER

**AND NOW**, this 26th day of February, 2009, upon consideration of Plaintiff's Motion for Request for Extension of Time to Respond to the Defendants' Motion for Summary Judgment and Defendant Dennis Powell's response thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff has forty-five (45) days from the date of this Order to file responses to the outstanding motions for summary judgment.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**