## Page 54

1  A. Yes. That's the closest state
2 institution next to the halfway house. If you
3 violate prerelease they take you to the
4 closest halfway house around. So they took me
5 to Mahanoy. I had to serve my whole time
6 because I violated my prerelease. After I
7 served my whole time I went back to
8 Smithfield.
9  Q. How much time did you serve at
10 Mahanoy?
11  A. I believe 90 days in the hole.
12  Q. And you said that you served it
13 because you violated what?
14  A. Prerelease.
15  Q. Did you have to do the balance
16 of your five-to-ten-year sentence?
17  A. No.
18  Q. What did you have to do?
19  A. I went back to Smithfield and
20 they gave me a six-month hit, which turned
21 into a year because Dennis Powell wouldn't
22 approve my home plan. Then --
23  Q. Hang on a second. When you went
24 back to Smithfield you said you got a

## Page 55

1 six-month hit meaning what, six months added
2 on?
3  A. They gave me six months. I
4 thought they was going to give me more. But
5 the hearing examiner gave me a six-month hit
6 saying that because you violated prerelease
7 I'm going to make you do an additional six
8 more months past your minimum and then we'll
9 parole you.
10  Q. So the minimum you had already
11 served. So they were adding --
12  A. Yeah, I was at my minimum now
13 when I was in the hole and all that. And then
14 when I got back to my jail I had, I believe,
15 like four months into it I had to see the
16 parole board. So I seen the parole board.
17 No, I got a hit, I got my hit for violating
18 parole, that's what happened first. When I
19 got up there I got a green sheet saying you
20 owe six months for whatever reason as far as
21 violating my conditions of prerelease.
22  Q. Meaning what happened with
23 driving a car and going to Pottstown while you
24 were in the halfway house?

## Page 56

1  A. Whatever, exactly, whatever the
2 write-up was consisted of for me getting in
3 the halfway house, because on prerelease you
4 get a write-up, whatever my write-up consisted
5 of that was the reason why I got my six-month
6 hit.
7  Q. Now, you mentioned something
8 about Powell didn't permit something.
9  A. Yeah.
10  Q. Explain that.
11  A. I had went back -- now, I was
12 granted parole after that.
13  Q. After you did your six months?
14  A. Six months, they gave me parole.
15  Q. You have to be careful. I know
16 you know more about this than I do, but when
17 you start answering the questions before my
18 question is out it makes it impossible for
19 him. Okay?
20  A. I apologize.
21  Q. Okay. So you go up to
22 Smithfield, you do your six additional months
23 on your minimum that they added to; right?
24  A. Yes.

## Page 57

1  Q. And then what happened in terms
2 of the parole?
3  A. I do my six months and I get a
4 green sheet saying I'm paroled --
5  Q. Okay.
6  A. -- upon approval of a home plan.
7  Q. Now, at that point in time, was
8 Powell already your parole officer?
9  A. No. I never made parole. You
10 don't get a parole agent until you make
11 parole.
12  Q. Okay.
13  A. But he had known about me
14 through the Pottstown Police.
15  Q. How do you know that?
16  A. He told me this.
17  Q. When did he say that?
18  A. When I got out.
19  Q. When you got out from
20 Smithfield?
21  A. When I got out, yeah.
22  MR. KARAMESSINIS: If you want
23 to ask anything?
24  MR. BRADFORD: Yes. Let me just

Page 58

jump in here real quick.
    You do the six-month hit, you get approved for parole; right?
    THE WITNESS: Yeah.
    MR. BRADFORD: At that point you had never met Dennis Powell, you didn't know who Dennis Powell was?
    THE WITNESS: I knew who he was. I just never met him.
    MR. BRADFORD: Who was he?
    THE WITNESS: He was a parole agent out there.
    MR. BRADFORD: How did you know who he was at that time?
    THE WITNESS: Because he had dealings with other people out there in Pottstown and Norristown that, you know, knew of him, plus he lives in Pottstown.
    MR. BRADFORD: Had you met him?
    THE WITNESS: No, I never met him. I just knew of him. Like I said, like someone says there go the parole -- he used to come through

Page 59

the block like he was a police officer looking for dudes that were on parole.
    MR. BRADFORD: And Dennis Powell was responsible for approving your home plan?
    THE WITNESS: Yes. He was going to be my parole agent when I got out. So he went by to see my residence with Renada's. I was going to live with Renada, which is my children's mother. I was going to get approved to her home because at the time my mom's fiance was on parole, so I couldn't go there. So Dennis Powell had a relationship with my daughter's mother and -- my daughter's mother and her mother as far as with this parole thing.
    MR. BRADFORD: Because he had investigated the home plan?
    THE WITNESS: Exactly. So he kept telling them I was going to be cool, and then he shot the home plan

Page 60

down. So when he shot it down that pushed my -- I either had to put another home plan in or go to a halfway house. So --
    MR. BRADFORD: Why was it shot down?
    THE WITNESS: I don't know. He just said he wasn't going to approve it. If you ask me, he didn't want me paroled.
    MR. BRADFORD: But you don't know -- so you don't know why he rejected it?
    THE WITNESS: Well, I'll get up to that later when I finally got to meet him.
    MR. BRADFORD: Okay.
    THE WITNESS: So I put another parole home plan in for my stepmother's house, which is Gilbert's mother, Barbara Pastore.
BY MR. KARAMESSINIS:
    Q. Gilbert Butts' mother?
    A. Exactly. I put a home plan in

Page 61

to hers. At the time now this is 30 days after my first one got shot down. So Powell, he keeps coming to her house when she's not home. She works all day. So instead of calling to let her know we're going to set up a date he keeps coming to the door leaving notes I been here to check on David's home plan. Now, about four months go by now. So what I do is I tell her to file a complaint with his supervisor because he's doing this to be smart. Once she does that my home plan is approved instantly and I get right out.
    MR. BRADFORD: Who did she file a complaint with?
    THE WITNESS: Whoever was in Norristown, she called down there and told them he was coming by the house leaving notes, not directly talking to her. And then at the last minute -- or either I had her go to Norristown or I had her go to Harrisburg, either one of the two, I can't remember, but she talked to somebody over top of him because his

Page 62

whole thing was he was in a convention in Harrisburg or something.
  MR. BRADFORD: Powell?
  THE WITNESS: Yeah. So the whole time while he was in this convention or whatever he just put my home plan on his desk like I'll get to it when I get to it.
  MR. BRADFORD: Do you know who -- who was making calls on your behalf?
  THE WITNESS: My stepmother, Barbara.
  MR. BRADFORD: Barbara didn't submit any writings, this was all over the phone?
  THE WITNESS: I don't know.
  MR. BRADFORD: You don't know.
  THE WITNESS: All I know is when I called she said that he had called, she had finally talked to him and he was coming out on such and such a date.

Page 63

  MR. BRADFORD: Do you know who she spoke with --
  THE WITNESS: No.
  MR. BRADFORD: -- before Powell came out?
  THE WITNESS: No.
  MR. BRADFORD: Okay. And then Powell called?
  THE WITNESS: He called her, yeah, and told her, I'll be by on such and such a date, are you going to be available on that day?
  And she said, yeah.
  And so they did that, my home plan was approved and I came home in probably a couple of weeks.
  MR. BRADFORD: And Powell was your PA?
  THE WITNESS: No. Powell was -- he transferred, I believe, to Norristown. I had a guy named -- I had a new agent, not Venzanango(ph), that was my parole officer when I caught this case. Founts, I believe

Page 64

his name was Founts. I don't know his first name.
BY MR. KARAMESSINIS:
  Q. How do you say that again?
  A. Founts.
  Q. Like F-o-u-n-t-s or something?
  A. I don't know how to spell it. I know his name as Founts. He was a parole agent at the time. He's still a parole agent out there now, I believe. But he was my parole agent. So when I came home he had to report to Norristown at the sub-office. So when I got out I reported to Founts. We went over, gave me a urine, told me what my conditions were, what I could do and what I couldn't do.
  Q. And is this still in 2002 or are we into 2003 now?
  A. This is 2002. So I was home, I would say, about a month. And I had drove myself to the parole office. It was going into the fourth week of me being home. And I had my son by someone else and his two brothers in the car. And I went to the parole

Page 65

office. I gave them my urine. Everything was cool. I told them I was working. Everything was all right. And before I got to come out there was a security officer, there was a Social Security office in the same facility as the parole office.
  MR. YOUNG: Right on High Street, right Downtown Pottstown?
  THE WITNESS: No. This is in Norristown.
  MR. YOUNG: Oh, Norristown. I'm sorry.
  THE WITNESS: And as I was coming out from with Founts this big black security guard was in there saying get these bad little kids out here in the parking lot kicking cars. So my radar, the first thing go up is I know these kids ain't out here acting up. So he's talking to Powell.
  So I said, Founts, am I good to leave?
  He was like, yeah, go ahead.

17 (Pages 62 to 65)

Page 74

```
 1  back.
 2         I said, you know what, just come
 3  with me, I'm going to do the talking.
 4         And I went back. The female
 5  supervisor was out with Powell, Founts and a
 6  couple of other agents. And immediately
 7  that's when Powell came over to me.
 8         And he was like, what's going
 9  on?
10         And I told him the same with the
11  guy had said that he was driving.
12         And they was like, all right,
13  let's go inside and get this straight.
14      Q.  Where was this kid, by the way,
15  at that point, did he come back with you?
16      A.  Yeah, he was right with me.
17      Q.  Did you even know who this kid
18  was?
19      A.  No.
20      Q.  How old was he?
21      A.  I don't know.
22      Q.  Do you know his name?
23      A.  No.
24      Q.  So he came back inside with you?
```

Page 75

```
 1      A.  No. They wouldn't let him
 2  inside.
 3      Q.  Was he standing there with you
 4  when you told Powell that he had driven you to
 5  the office?
 6      A.  Yeah.
 7      Q.  Did they ask him any questions
 8  at that point?
 9      A.  No. They didn't even want to
10  talk to him after that. Once I came back to
11  the scene they told him to beat it.
12      Q.  When you first came back there,
13  did you first have a discussion with Founts
14  since he was your parole officer?
15      A.  Yeah.
16         He said, what's going on?
17         I said, my cousin right here
18  left the kids here.
19         And that's when Powell said,
20  let's go inside and talk about this.
21      Q.  And you pointed to this kid who
22  you didn't know as being your cousin?
23      A.  He was right beside me, yeah.
24      Q.  But that wasn't your cousin?
```

Page 76

```
 1      A.  No.
 2      Q.  Okay.
 3      A.  So they tell him to leave, we
 4  don't even want you, leave.
 5         So I said, where's my child and
 6  his little brothers?
 7         They said, they're inside the
 8  building.
 9         So we go inside the building.
10      Q.  By the way, during this time
11  when you were outside the only person you're
12  having a chat with is Founts, you're not
13  talking to Powell?
14      A.  No, it's Powell. I'm talking to
15  Powell now.
16      Q.  Why are you talking to Powell?
17      A.  He just took over the
18  conversation. First I started with Founts.
19  And then at that Powell just took over the
20  conversation.
21         He said, let's go inside.
22         So we go inside. We go into the
23  little rooms where you get interviewed at.
24  And as I get into the room I'm not with
```

Page 77

```
 1  Founts, I'm with Powell.
 2      Q.  What happened to Founts?
 3      A.  Powell just -- I don't know. He
 4  must have went somewhere else.
 5      Q.  Who was in the room with you?
 6      A.  Just me and Powell.
 7      Q.  What about the kids?
 8      A.  They must have been in the back
 9  part of the parole office where all the
10  offices and desks and all that are, I guess.
11      Q.  Did you ask Powell why Founts
12  wasn't in there since he was your officer?
13      A.  No.
14         He said, don't lie to me, what's
15  going on?
16         I said, I came here to see my
17  parole man to give him a urine and I left.
18         He was like, you wasn't driving?
19         I said, no.
20         He said, you're lying. He said,
21  where's the drugs at?
22         I said, I ain't got no drugs.
23         And that's when he threw me down
24  on the drawer and cuffed me.
```

Page 78

1  Q. He threw you down on what?
2  A. Like a desk like this, he put me
3  down on the desk and cuffed me.
4  Q. So he didn't throw you down, he
5  just pushed you against the desk?
6  A. Like he grabbed me. No, he
7  didn't slam me or do nothing. He just pushed
8  me down and said put your hands behind your
9  back.
10 Q. So he cuffed you?
11 A. Cuffed me. Then they took me
12 into a little room where they hold, I guess,
13 people that's getting ready to go back to
14 prison and they cuffed me, he cuffed me to the
15 wall.
16    Then Founts comes in, Founts
17 comes in like, what's going on?
18    Basically, they was playing good
19 cop, bad cop. Founts comes in now to get me
20 to tell what really happened because he know I
21 wasn't going to talk to Powell.
22 Q. So did you finally admit to
23 Founts?
24 A. No. At first I wouldn't --

Page 79

1  yeah, finally I admitted. At first I
2  wouldn't.
3  Q. Admitted what?
4  A. That I had drove there.
5     And then he said, you know it's
6  a violation of your parole?
7     I said, yeah, now I know that
8  now.
9     He said, you're going back to
10 Graterford.
11 Q. That was Founts who said that?
12 A. Yeah. And after that I went
13 back to Graterford. They contacted their
14 mother. She came and got them in her truck.
15 And I went back to jail for a while.
16 Q. How long?
17 A. Two years.
18 Q. Is that two years as part of the
19 sentence they gave you the five to ten?
20 A. Yeah. I didn't get a new
21 charge.
22    MR. KARAMESSINIS: Do you have
23 anything else on that?
24    MR. BRADFORD: No.

Page 80

1  BY MR. KARAMESSINIS:
2  Q. So from 2001 then -- or excuse
3  me -- from 2002 to 2004 you're in Graterford?
4  A. No. I go back up to Smithfield.
5  Q. How long are you in Graterford,
6  just to be transferred?
7  A. Yeah. Graterford is the closest
8  state prison that, you know, you have to go in
9  order to go back to your jail. So I went to
10 Graterford for about 60 days. Then when the
11 bus got ready to come back up here I came back
12 to Smithfield.
13 Q. And you served the remaining
14 like year and three quarters at Smithfield or
15 so of the two years?
16 A. I got out in March of '04.
17 Q. You were in Smithfield from
18 August of '02 to March of '04?
19 A. No. At the time I had
20 transferred out into Huntingdon.
21 Q. How long were you in Smithfield
22 before you came to Huntingdon?
23 A. No. As a matter of fact, let me
24 correct that. When I came back from --

Page 81

1  because at one time when I came back I got
2  transferred from up Smithfield down to here to
3  the trailers to the outside, to work outside
4  the jail. I believe that was in -- that was
5  in '01 when I got my first hit, that's what it
6  was. In '01 when I got the six months and I
7  got ready to come up for parole to leave they
8  had put the paperwork in for me to get
9  transferred down here to the Mas(ph). When I
10 got down here transferred to the Mas my hit
11 was up. And then that's when I was going
12 through all the him shooting my home plans
13 down out in the Mas. But then I finally made
14 parole. So then at this time when I came back
15 in '02 I came straight here.
16 Q. So in '02 when you got the
17 two-year hit --
18 A. I got a year.
19 Q. I thought you said two?
20 A. I did two years, I said. I
21 didn't get a two-year hit. I did two years.
22    MR. BRADFORD: Yes. Just to be
23 clear, when you say hit that's a
24 period of time that you're not

21 (Pages 78 to 81)

Page 82

1  eligible for reparole.
2      THE WITNESS: I got either -- I
3  think they might have gave me 18
4  months or a year, but I ended up
5  doing more than that time.
6  BY MR. KARAMESSINIS:
7      Q.  And part of that you did -- at
8  first you said you thought part of that you
9  did at Smithfield, now you corrected yourself?
10     A.  No. I did it down here.
11     Q.  Huntingdon, you did it all here?
12     A.  I had transferred from up there
13 down here in '01. In '02 I was already down
14 here.
15     Q.  So from August of -- I think you
16 said August of '02 to March of '03 you did
17 mostly in Huntingdon?
18     A.  October I went back to
19 Graterford, October of '02 I left Graterford
20 and went back to here.
21     Q.  Here meaning Huntingdon?
22     A.  Huntingdon. And then from there
23 I didn't get out until March of '04.
24     Q.  '04?

Page 83

1      A.  Yes.
2      Q.  And when you got out in March of
3  '04, what happened then?
4      A.  I had a new parole agent named
5  Scott Dominic.
6      Q.  Dominic?
7      A.  Yeah.
8      Q.  Now, in terms of when you got
9  out here you were on probation at that point?
10     A.  Parole.
11     Q.  Parole, excuse me.
12         And how long was your parole
13 period supposed to be, as you understood it?
14     A.  Still my max date wasn't until
15 September of 2006.
16     Q.  All right. Did you go to a
17 halfway house?
18     A.  No. I was paroled straight home
19 to a new girlfriend I had at the time.
20     Q.  And who was that?
21     A.  Her name was Mia Wise.
22     Q.  Mia Watts?
23     A.  Wise, W-i-s-e.
24     Q.  And was the home plan approved

Page 84

1  for you to go there?
2      A.  Yeah, it was approved by
3  Dominic.
4      Q.  Now, was Dominic working out of
5  the same office that Powell and Founts had
6  worked out of?
7      A.  Yes. It's all one office, yeah.
8  Dominic was basically trained by Powell, a new
9  agent.
10     Q.  How do you know that?
11     A.  He was telling me that, you know
12 what I mean, he was new, Powell was showing
13 him the ropes blahsee, blahsee, and so forth
14 and so on.
15     Q.  So during the time that you went
16 to meet Dominic, Dominic advised you that he
17 had been trained by Powell?
18     A.  Yeah.
19     Q.  Now, when you went to see
20 Dominic on occasions, did you ever see Powell?
21     A.  Yeah.
22     Q.  Did you ever have any issues
23 with Powell during these times?
24     A.  Yeah.

Page 85

1      Q.  What kind of issues?
2      A.  That time in '04 he said -- what
3  did he say -- oh, they let you out again, huh?
4      I said, what you mean by that?
5      He said, I see they let you out,
6  huh?
7      I said, yeah, I did my time.
8      He said, I'm going to be
9  watching you.
10         That would mainly be for the
11 most part every time he seen me it would be
12 that, I got my eye on you.
13         And I would laugh at him.
14     Q.  This was something he said to
15 you on occasion when he would see you at the
16 parole office?
17     A.  Norristown.
18     Q.  Going to see Dominic?
19     A.  (Witness indicating.)
20     Q.  You have to say yes.
21     A.  Yes.
22     Q.  Did you ever have any
23 discussions with him besides the ones you've
24 just explained, anything else, or is that it?

Page 86

1  A. With Powell?
2  Q. Yes, during this time period in
3  '04.
4  A. Well, like the next day I got
5  released you've got to report within 24 hours.
6  So I went to report. I met Dominic. No, I
7  didn't even meet Dominic. It was another guy
8  there. Dominic wasn't even the guy that
9  interviewed me. It was another parole agent,
10 he interviewed me and told me that my parole
11 agent, blahsee, blahsee, was going to come and
12 see me and check and make sure everything was
13 all right. I left. I was home. I had to
14 come back. And I did, I believe, in another
15 week or two. Before that week was up Dominic
16 and Powell was at my residence, my first week
17 home. For about my third or fourth day they
18 was at my residence.
19 Q. Now, the residence that you were
20 at was where?
21 A. It was in Pottstown.
22 Q. That's your girlfriend's house?
23 A. Yeah, on High Street.
24 Q. Had that been approved already?

Page 87

1  A. Yes.
2  Q. That had been approved before
3  you left Huntingdon?
4  A. That was, yes.
5  Q. When they came to the residence
6  where your girlfriend lived and where you
7  resided after leaving Huntingdon, was there
8  anything unusual about them coming there?
9  A. When they came?
10 Q. Yes.
11 A. Well, actually from the last
12 time I was paroled like I never had an
13 experience with this parole thing. The last
14 time I was home for a month and Founts never
15 came to my residence. He never even seen my
16 residence. Powell approved everything. So
17 when they came I had -- at the time I had long
18 hair, I was getting my hair braided by my
19 sister.
20      And I called her at the house, I
21 called, I said, I'll be home in a little bit.
22      And she's like, these parole
23 people was just here.
24      I said, what you talking about?

Page 88

1      She said, there was two parole
2  agents here, your parole agent that approved
3  the house and this black guy named Powell.
4      I said, what were they there
5  for?
6      She said, they wanted to know
7  where you lived and they searched the place.
8  Q. What do you mean searched it?
9  A. They searched the residence, the
10 bedroom to see where I slept.
11 Q. And this is -- what's the
12 address there?
13 A. This was, I believe it was, 1120
14 High Street.
15 Q. And what was your girlfriend's
16 name?
17 A. Mia Wise.
18 Q. Did they say that they just
19 searched your bedroom?
20 A. She said -- she told me on the
21 phone, she said, Dominic, your parole agent,
22 and this black -- she said she didn't know
23 Powell, she knew Dominic -- and she said, they
24 had came to the residence, Powell asked me

Page 89

1  where his stuff at?
2  Q. Powell asked who?
3  A. Mia.
4  Q. Mia?
5  A. Where's his stuff at, where's he
6  sleep, is he here with you?
7      Because she was kind of a bigger
8  girl, and he figured that I wasn't really into
9  this girl. So he was trying to figure out if
10 I was just using her as a place to get paroled
11 here. So he was asking her all these
12 questions. Dominic was not saying nothing.
13      I said, who's asking?
14      She says, the guy Powell is
15 asking this.
16 Q. But she didn't name Powell, she
17 said the other guy; right?
18 A. She said his name was Powell
19 because he left a card. So she said the other
20 guy did all the talking.
21      So I said, well, he knows me, me
22 and him have history, he doesn't like me.
23      She said, well, they went into
24 the room and searched the room.

23 (Pages 86 to 89)

## Page 90

1  I said, searched the room for
2  what?
3      She said, I don't know.
4      I said, what did you ask him?
5      She said he said he wanted to
6  make sure that I resided at this residence and
7  all my stuff was there.
8      He said, where's Cooper's stuff?
9      She showed him all my clothing,
10 footwear, coats and all that was.
11     Q. Did she describe for you the
12 extent of the search that was performed?
13     A. She just said they walked around
14 the house, then they went to the bedroom and
15 searched.
16     Q. Did she describe the search to
17 you as the kind of search just to confirm that
18 men's clothing was in the room; is that what
19 all it was?
20     A. She said he looked -- she said,
21 this is what he said, she said, Powell looked
22 at my clothes, he seen my clothes there and
23 then he started going through closets, behind
24 a little dresser, lamps, like maybe if I was

## Page 91

1  hiding something or something was in there.
2  So she said then he said that we'll be back
3  later on.
4      So I said, all right.
5      I left my sister's. I went in
6  town. I did a few things. I came home later
7  on that night.
8      Q. By the way, were you still
9  driving at that point?
10     A. No.
11     Q. On a suspended driver's license?
12     A. No.
13     Q. But you said you did a few
14 things in town. How did you do them? Did you
15 get on a bus or what?
16     A. My sister, like my sister,
17 everybody in my family got a license. So
18 wherever I need to go they would take me.
19     Q. Okay.
20     A. So I might have went to see my
21 kids, went to my mother's, my grandmother's
22 somewhere. And then after that I went home.
23 I got home. I knew my curfew was 8:00 with
24 Dominic. So I might have came in like ten

## Page 92

1  minutes before 8:00. I came in. No more than
2  15, 20 minutes later there was a knock at the
3  door. I go open the door. It's Dominic and
4  Powell. So they come in. We go in the living
5  room and sit down and talk.
6      And Dominic introduced himself
7  to me, I'm your parole agent, blahsee,
8  blahsee.
9      Q. So at that point you had never
10 met him before?
11     A. No. I still haven't met
12 Dominic.
13     So he said, I'm going to be your
14 parole agent. As you know, this is Mr. Dennis
15 Powell.
16     I said, yeah, I know him.
17     He's like, how do you know him,
18 Dave?
19     I'm like, I'm all right, Powell.
20     He's like, you going to stay out
21 of jail this time?
22     And I was like, yeah.
23     So he's like, you got a job?
24     I was like, I'm working on it

## Page 93

1  now.
2      He was like, we're not going to
3  have no problems out of you?
4      He just took over the whole
5  conversation.
6      I was like, no, Powell.
7      He said, you know I'm going to
8  have him watching you.
9      I said, all right. So I said,
10 what was the extent of you coming and
11 searching my residence earlier?
12     And he was like, I just wanted
13 to make sure you was here, that this is your
14 residence where you stay.
15     I said, all right.
16     And he left it at that. After
17 that time I reported about three, four months,
18 me and the girl had went through a situation
19 and basically it was over. That's when I had
20 gotten with my fiance, Ester, that's who I'm
21 with now. So I might have went to Norristown
22 a couple of more times, because a lot of times
23 it was how Dominic did it you would have to
24 come to Norristown once a month and he'll come

Page 246

MR. YOUNG: What did he look like?
THE WITNESS: Like a doctor, clean white dude.
MR. YOUNG: Clean white dude, long white coat?
THE WITNESS: Yeah.
MR. YOUNG: You never heard of him before?
THE WITNESS: No.
MR. YOUNG: They didn't take you into the ER, they took you right up this elevator?
THE WITNESS: They took me to the emergency room first.
MR. YOUNG: Okay.
THE WITNESS: And then they took me -- I guess -- I never knew this is in Pottstown they have a certain place where they take people that's incarcerated or whatever, because I bypassed everybody in there and went up the elevator and went to the back of the hospital.

Page 247

BY MR. KARAMESSINIS:
Q. But you didn't get treated at all by any medical people at the hospital until you went up to the elevator?
A. Exactly. They took me straight up because I kept complaining like I'm in pain, my ribs is hurting. So when he took the x-rays he came back in and he told me what was wrong.
So he said, how did this happen?
And I went into detail.
I said, I was being arrested for something and the cops came in and had me on the ground and I started being punched, and then I moved and now I'm in a lot of pain.
Q. Did you tell him who punched you?
A. No. I don't think I got to all that.
Q. But you do know who punched you?
A. I said I just know a police officer that did it, yeah.
Q. Now, besides the ribs being x-rayed, did they x-ray any other parts of

Page 248

your body?
A. He did my blood pressure, my heart or whatever. He did some basic stuff on me.
Q. But besides the x-ray to your ribs they didn't x-ray any other parts of your body?
A. No.
Q. Did they send you for any other kinds of tests besides the x-rays for your ribs?
A. No.
Q. Did you get any treatment to any other parts of your body besides the x-ray for the ribs?
A. No. They just gave me pain medication.
Q. What did he tell you about what treatment you should get for your ribs or how long it's going to take to heal or whatever?
A. He told me that for broken ribs there's no way you can get like no brace or none of that, he said they got to heal on their own.

Page 249

Q. Okay.
A. I said, heal on their own? I said, I'm in a lot of pain.
He said, the only thing that I can do is prescribe you medication and when you get to the prison they'll give you medication and so forth and so on.
I said, are you telling me I got to go through this like this?
He's like, yeah. He said, there's no way --
I said, well, how long do I have to go through this?
He said, it's between six to 12 weeks or something like that. I know it was a couple of months.
I said, what?
He was like, yeah, it takes a while for ribs to heal. He said, you got to be very careful.
Q. Were the two Pottstown detectives who were with you when you went up into the elevator, were they there when the doctor talked to you about the results of the

63 (Pages 246 to 249)

Page 250

1  x-ray?
2  A. Yes.
3  Q. Did they overhear you describing
4  to the doctor how your ribs became injured?
5  A. Yes. And they had made a call.
6  I know somebody got on the phone and said
7  Cooper's ribs are broken. And after that he
8  gave me some medication, gave me like three
9  different medications. I know he gave me
10 something for pain and something else. And he
11 told me he was going to send my chart with the
12 cops so they could take it to the prison so
13 they make sure everything that is taken care
14 of at the prison for me. So I got back to
15 Pottstown. And after that --
16 Q. Before we get to that point, did
17 you have any other communication with these
18 two detectives other than what you've told me
19 between the time that the doctor told you the
20 results of the x-rays and the time you got
21 back to Pottstown Police Department?
22 A. Yeah.
23 Q. What?
24 A. They said, oh, you wasn't

Page 251

1  joking, huh?
2        I said, what you think, I was
3  playing?
4        They said, your ribs is really
5  broke, huh? They said, you sure you didn't do
6  it to yourself?
7        I said, yeah, I'm going to
8  really break my own ribs.
9  Q. Okay. Anything else?
10 A. They was like, we seen that
11 happen before.
12       I said, well, not with me, I'm
13 not into pain.
14 Q. When they said we've seen this
15 happen before, they meant or you understood
16 them to mean that they've seen people break
17 their own ribs?
18 A. I guess, hurt themselves or
19 whatever and blame it on the cops.
20 Q. Was that the extent of the
21 discussion?
22 A. That was it.
23 Q. How did you get back to
24 Pottstown Police Department?

Page 252

1  A. They took me.
2  Q. One car?
3  A. Yup.
4  Q. Both officers in the car?
5  A. Yup.
6  Q. When you get back to Pottstown
7  Police Department, who's there?
8  A. Nobody really.
9  Q. Is Powell there?
10 A. Nope.
11 Q. Did you ever see Powell at the
12 hospital?
13 A. Nope.
14 Q. Roberts, what about Roberts, was
15 he at the hospital?
16 A. Nope.
17 Q. When you got back to the police
18 station, was Powell there or Roberts there?
19 A. Nobody was there.
20 Q. Did you see Havrilak?
21 A. None of them.
22 Q. So none of the officers who were
23 at Olinger's place were back at the Pottstown
24 Police Department when you got back there?

Page 253

1  A. They wasn't downstairs where I
2  was anyway. They might have been upstairs.
3  Q. Who did you deal with when you
4  were back at the police station?
5  A. The officers that's at the
6  station or whatever that's downstairs that
7  fingerprints you or whatever.
8  Q. Did they take pictures of you?
9  A. Who?
10 Q. At the Pottstown Police
11 Department.
12 A. No.
13 Q. Did they ever take any pictures
14 of you at the Pottstown Police Department on
15 the day of the arrest?
16 A. No.
17 Q. What about at Coventry, did
18 anybody --
19 A. No.
20 Q. -- any officers take any
21 pictures of you there?
22 A. Nope.
23 Q. What about at the hospital?
24 A. The x-rays.

**Page 266**

1  complaint that you filed?
2  THE WITNESS: Yeah.
3  MR. YOUNG: And you're the guy
4  that put those words together; is
5  that right?
6  THE WITNESS: I had help.
7  MR. YOUNG: Does that reflect --
8  MR. BRADFORD: Who helped you?
9  THE WITNESS: There's a couple
10  guys inside the jail that's good
11  with civil and they've been
12  assisting me. And then I had Ester
13  had got with this Internet service
14  and they've been helping me as well.
15  MR. BRADFORD: Were you paying
16  the Internet service or is Ester?
17  THE WITNESS: No, no, not that I
18  know of.
19  MR. YOUNG: This is your current
20  complaint in the case; is that
21  right?
22  THE WITNESS: No. I think my
23  original complaint was the one I
24  filed first.

**Page 267**

1  MR. YOUNG: Now, this is your
2  current one? I'm sorry.
3  THE WITNESS: Oh, yeah, all
4  right, yeah.
5  MR. YOUNG: All right. And this
6  is something you submitted to The
7  Court; is that correct?
8  THE WITNESS: Yeah.
9  MR. YOUNG: I'd ask to have that
10  -- well, it's already of record, so
11  it doesn't matter, I guess.
12  MR. KARAMESSINIS: Well, let's
13  just get them both marked just so
14  we're clear. Let's get marked the
15  police criminal complaint we'll get
16  marked as Cooper-1, and the amended
17  complaint Cooper-2.
18  - - -
19  (Whereupon, Exhibits Cooper-1
20  and 2 were marked for
21  identification.)
22  - - -
23  MR. KARAMESSINIS: Before we go
24  on anymore, can I talk to you guys

**Page 268**

1  outside for one second?
2  MR. YOUNG: Sure.
3  - - -
4  (Whereupon, a discussion took
5  place off the stenographic record.)
6  - - -
7  EXAMINATION
8  - - -
9  BY MR. YOUNG:
10  Q.  Just a couple of questions for
11  you. Let me talk a little medically.
12  You were in Montgomery County
13  Prison?
14  A.  Uh-huh.
15  Q.  For how long after this arrest,
16  do you think?
17  A.  About ten months.
18  Q.  About ten months, okay.
19  And you got medical treatment
20  there; is that right?
21  A.  Yes.
22  Q.  As far as county correctional
23  facilities they have a relatively good medical
24  staff compared to another; is that right?

**Page 269**

1  A.  Montgomery County?
2  Q.  Yes.
3  A.  It was all right.
4  Q.  They gave you what you needed?
5  A.  All they did was they gave me
6  something to put me to sleep and keep the pain
7  down.
8  Q.  It took a couple of months, but
9  your ribs healed; is that right?
10  A.  Yeah.
11  Q.  You're okay as we sit here
12  today? You look pretty good.
13  A.  Right now, but I'm on a steroid
14  inhaler now. As of last year my breathing got
15  real heavy.
16  Q.  Oh, okay.
17  A.  I put more weight on and then my
18  breathing got worse.
19  Q.  Your asthma got worse?
20  A.  Yeah. Like I can't breathe at
21  night. And I couldn't -- like with, I guess,
22  me being heavier, I don't know, me laying on
23  one side it was tearing me up. Like I
24  couldn't stay on one side for so long.

### Page 270

1  Q. Okay.
2  A. Like if I lay on the other side
3  I'm cool or if I lay on my back I'm cool, but
4  if I lay on that side it will wake me up in
5  the middle of the night and I get to wheezing.
6  So I'm waiting to get x-rays now because the
7  jail won't do it. So I have to go outside and
8  see an outside physician for that.
9         MR. KARAMESSINIS: How often do
10     your ribs hurt these days, like once
11     every couple of days or once a
12     month?
13         THE WITNESS: If I sleep on that
14     side for a long period of time, any
15     time I sleep on that side.
16        MR. KARAMESSINIS: Besides
17     sleep, is there anything else that
18     you do that can cause you any rib
19     pain as we sit here today?
20         THE WITNESS: No.
21         MR. KARAMESSINIS: Sorry.
22         MR. YOUNG: That's all right.
23  BY MR. YOUNG:
24  Q. Let me jump back to the whole

### Page 271

1  situation in the kitchen there just to make
2  sure I understand a couple of things.
3         According to your testimony,
4  Detective Roberts is the guy who put his knee
5  on you; is that right?
6  A. Yes.
7  Q. He's a big guy; right?
8  A. Yeah.
9  Q. I mean, he's, I don't know, got
10 to be 250, if not bigger; right?
11 A. Yep, at least.
12 Q. And the knee was trying to force
13 you to the ground; is that right?
14 A. Yeah, I believe so.
15 Q. And where do you think the knee
16 was, was it right in the center of your back
17 or was it off to a side?
18 A. Right in the middle of the back.
19 Q. Right in the middle, the middle
20 of the back being?
21 A. From the top from the bottom it
22 was like right here, in the middle center.
23 (Witness indicating.)
24 Q. So like I'm putting my finger,

### Page 272

1  is that the middle?
2  A. Around there, yeah.
3  Q. Right there?
4  A. His knee was right there.
5  Q. So the middle horizontally
6  meaning this side to this side and the middle
7  vertically; is that right?
8  A. Both, yeah.
9  Q. Both, okay. And he was pushing
10 hard with his knee to get you to the ground?
11 A. Yeah.
12        MR. YOUNG: That's all I have.
13            - - -
14          EXAMINATION
15            - - -
16 BY MR. BRADFORD:
17 Q. Mr. Cooper, I have a couple of
18 questions.
19 A. All right.
20 Q. I couldn't squeeze in during the
21 other questions. But first off I want to run
22 a couple of documents by you.
23        MR. BRADFORD: We're up to
24     Exhibit-3. Let's get this marked 3

### Page 273

1  and 4.
2            - - -
3        (Whereupon, Exhibits Cooper-3
4     and 4 were marked for
5     identification.)
6            - - -
7        MR. YOUNG: Could I ask that
8     copies of any exhibits are attached.
9  BY MR. BRADFORD:
10 Q. Mr. Cooper, please take a look
11 at what we have marked as Cooper-3, which is a
12 Notice of Board Decision recorded on June 3,
13 2005. Do you see this document?
14 A. Recorded on 2005, you said?
15 Q. Recorded on June 3rd of 2005?
16 A. Yeah.
17 Q. And this is the board decision,
18 the parole board decision, granting your
19 release on parole?
20 A. Uh-huh.
21 Q. And if you turn to Page 2 of
22 this document, the fourth paragraph from the
23 bottom, it says, you shall not operate a motor
24 vehicle without a valid Pennsylvania driver's

Exhibit B

Powell

# POTTSTOWN MEMORIAL MEDICAL CENTER
## 1600 East High Street
## POTTSTOWN, PENNSYLVANIA

### REPORT OF INJURIES TO PERSONS BY DEADLY WEAPON OR CRIMINAL ACT

Report to be telephoned to the proper authority and confirmed in writing (a) by delivering one copy hereof to the policeman or detective, if any, who comes in response to the telephone call and (b) by mailing a copy to the addressee hereof immediately by the hospital when any person comes or is brought to if suffering from any wound or other injury inflicted either (i) by means of a knife, gun, pistol or other deadly weapon or (ii) in violation of any penal law of Pennsylvania. One copy hereof should be receipted by such policeman or detective and retained by the hospital.

ADDRESS OF TOWNSHIP, STATE OR LOCAL POLICE:

Pottstown Police

Dear Sir:

On 2/17 19 2006 at 14:14 o'clock P.M.,

Name David Cooper

Address 107 Stephanie Lane Collegeville PA 19426

apparently (strike out one) over/~~under~~ 18 years of age, was brought to this hospital suffering from

Rib Pain

(state character and extent of injuries).

Weapon used: Bodily Force       Place of Assault: 900 Block Warren

(Strike out two of the next three paragraphs which are inapplicable.)

1. The patient is still in the hospital.
2. The patient has left the hospital and presumably went to the following address given us:

3. The patient's whereabouts is unknown.

This report is sent pursuant to Section 5106 of the Penal Code, and confirms our telephone report to your office made at 1414 o'clock P M., on this date.

Dated: 2/17 19 2006.

By: B Kehler   ER Reg

POTTSTOWN MEMORIAL MEDICAL CENTER

Receipt of a copy of this report is acknowledged:

Please Return Signed Copy to

# EMERGENCY DEPARTMENT
## MUSCULOSKELETAL NURSING ASSESSMENT

**Pottstown Memorial Medical Center**

Name: COOPER, DAVID L   Pt#:8377336
Age:31YRS   DOB:10/27/1974   Sex: M   MR#:000012224
EDP: **ED PHYSICIAN   PCP:NONE, NONE

Date In: 2/17/2006   Time: 1414

**Subjective Notes:** States struck in the right side of back.

### Pain
- ☐ Patient denies pain
- Location: Rt side see picture
- Quality: ☐ Sharp ☐ Dull ☐ Cramping ☐ Burning ☐ Aching
- Severity scale: ___   Onset: ___
- Provocation: ___   ☐ Other: ___
- Aggravating factors: ___
- Radiating: ☐ No ☐ Yes (specify) ___   ☐ Constant ☐ Intermittent   Relieving factors: ___

### Psychosocial
- Appearance: ☑ Clean ☐ Unkempt ☐ Other
- Mood / Affect / Behavior: ☑ Appropriate ☐ Depressed ☐ Anxious ☐ Tearful ☐ Other
- Caregiver: ☑ Self ☐ Family member ☐ Significant Other ☐ Group home
- Activity level: ☑ Ambulates independently ☐ Requires assistance ☑ Non-ambulatory ☐ Performs ADL's independently ☐ Requires assistance with ADL's
- Environment: ☐ No steps ☐ Few steps ☐ Many steps
- Nutritional status: ☐ Normal ☐ Cachetic ☐ Obese
- Religious / Cultural preference: ☐ None (specify) ___
- Best learn by: ☐ Verbal ☐ Written ☐ Return demo
- Learning Barriers: ☐ TDD phone ☐ Interpreter ☐ No ☐ Yes ☐ Other

### Mechanism of Injury
- Direction and amount of force: fist per pt.
- What was felt or heard upon injury: pain
- Pre-hospital treatment: ☐ Full spinal immobilization ☐ C-Collar ☐ Splint ☐ Pressure dressing ☐ Ice ☐ Heat ☐ Ace wrap

Use numbers to indicate injury location and type:
1. Abrasion
2. Amputation
3. Avulsion
4. Burn
5. Closed Fx / Dis.
6. Contusion
7. Crepitus
8. Deformity
9. Edema
10. GSW
11. Laceration
12. Open Fx.
13. Stab
14. ___
15. ___

(Pain → arrow to right back on body diagram)

No gross deformities, No crepitus noted. No bruising noted.

### Past Medical History and Risk Factors
- PMH from triage: ASTHMA, SEASONAL ALLERGIES
- ☐ Previous Sx involving musculoskeletal system and date: ___
- ☐ Diabetes ☐ Arthritis ☐ Osteoporosis ☐ Hemophilia ☐ Cancer: ___
- ☐ Anticoagulant medicine: ☐ ASA ☐ Coumadin ☐ Other: ___

### Physical Assessment (Objective)
Muscle strength: 0= no strength 5= normal
- RUE ☐0 ☐1 ☐2 ☐3 ☐4 ☑5
- LUE ☐0 ☐1 ☐2 ☐3 ☐4 ☑5
- RLE ☐0 ☐1 ☐2 ☐3 ☐4 ☑5
- LLE ☐0 ☐1 ☐2 ☐3 ☐4 ☑5

Lacerations / Abrasions / Avulsions / Contusions
- Location: (see graph.)   Size: ___
- Bleeding: ☐ Absent ☐ Present ☐ Scant ☐ Moderate ☐ Heavy ☐ Pulsating
- Immunization: under 5 yr
- Scars: ___   Edema: ___

### Extremity Assessment
- RUE Pulses: ☑Yes ☐No   Cap. Ref.: ☑<2s ☐>2s   Motion: ☑Yes ☐No   Sensation: ☑Yes ☐No   Temp: ☑W ☐C   Color: ___
- LUE Pulses: ☑Yes ☐No   Cap. Ref.: ☑<2s ☐>2s   Motion: ☑Yes ☐No   Sensation: ☑Yes ☐No   Temp: ☑W ☐C   Color: Pink
- RLE Pulses: ☑Yes ☐No   Cap. Ref.: ☑<2s ☐>2s   Motion: ☑Yes ☐No   Sensation: ☑Yes ☐No   Temp: ☑W ☐C   Color: ___
- LLE Pulses: ☑Yes ☐No   Cap. Ref.: ☑<2s ☐>2s   Motion: ☑Yes ☐No   Sensation: ☑Yes ☐No   Temp: ☑W ☐C   Color: ___

### System Review
**Neurological:** ☑ Alert ☑ Oriented x 3 ☑ Cooperative ☐ Awake but confused ☐ Uncooperative ☐ Combative ☐ Agitated ☐ Restrained

**Cardiovascular:** Skin: ☐ Warm ☑ Dry ☐ Moist ☐ Diaphoretic   Color: ☐ Pink ☐ Pale ☐ Ashen ☐ Flushed ☐ Cyanotic ☐ Jaundiced

**Respiratory:** Airway: ☑ Clear ☐ Other   Effort: ☑ Unlabored ☐ Mildly ☐ Severely   ☐ Retractions ☐ Stridor ☐ Nasal Flaring   Lungs: ☑ Clear ☐ Wheezing ☐ Crackles ☐ Rhonchi ☐ Decreased

Vital Signs: 14:14   T: 99.3   P: 102 regular   R: 20   BP: 132/072   Nurse Signature: _____

Rev. 03/05/04

**[Body diagram annotations]**
Moderate tender highlighted region;
full ROM;
no ecchymosis or swelling

**SKIN**
- [✓] normal
- [ ] laceration
- [ ] ecchymosis

**NEUROLOGICAL**
- [✓] normal
- [ ] focal weakness
- [ ] focal sensory deficit
- [ ] abnormal reflexes

**PSYCHIATRIC**
- [✓] oriented x 3
- [ ] disoriented
- [ ] flat affect

**RADIOGRAPHS**
CXR:
- [ ] normal    [ ] rib fx    [ ] pneumothorax

C-spine / T-spine / LS spine
- [ ] normal    [ ] fracture    [ ] subluxation   [ ] DJD

Other radiographs: _____

**LABS**
CBC  [ ] normal        BMP  [ ] normal

segs: ___%
bands: ___%
lymphs: ___%

U/A: [ ] normal   [ ] hematuria
0-0 WBC, 0-5 RBC, few epis, protein 30

**TUBE THORACOSTOMY**
indication: [ ] pneumothorax  [ ] hemothorax  [ ] effusion
- [ ] risks and benefits explained
- [ ] patient sedated:
- [ ] skin anesthetized with 1% / 2% lidocaine with / without epinephrine
Location of tube insertion:
- [ ] midaxillary line        rib interspace:
- [ ] anterior axillary line       4—5
- [ ] mid-clavicular line          5—6
- size of tube inserted: ___ Fr   [ ] attached to water seal / suction
- [ ] post-procedure CXR performed
- [ ] complications: _____

**WOUND REPAIR NOTE**
description: _____  [ ] linear  [ ] stellate
location: _____ length: ___ cm  [ ] smooth margins
anesthesia:  [ ] irregular margin
  topical: _____        [ ] contaminated
  local: lidocaine 1% / 2% w/ without epinephrine  [ ] crushed tissue
  other: _____  volume: ___ cc

Cleansing:
  irrigation: saline / shurclens / betadine   volume: ___ cc
  debridement       foreign body removal
Wound Repair
- [ ] wound edges revised
- [ ] staples ___   [ ] steri-strips only   [ ] skin adhesive

| | # of sutures | suture size | material | technique |
|---|---|---|---|---|
| skin | | | nylon / prolene | simple / running / matt |
| subQ | | | vicryl / chromic | simple / running / matt |
| deep | | | vicryl / chromic | simple / running / matt |

**ELECTROCARDIOGRAM**
Rate: ____    [ ] interpreted by me
Rhythm:      [ ] NSR
Axis:        [ ] normal   QRS: [ ] normal   ST/T: [ ] normal
Impression:  [ ] normal EKG   [ ] abnormal EKG:

**ED COURSE**
Treatment                        Response
[ ] Tt / Td IM
1500  Abd BSD, soft, mild RUQ tender
         extends over rib cage

- [ ] Old records reviewed       [ ] Admission orders written
- [ ] Discussed with Dr. ____
- [✓] Counseled patient/family: test results / diagnosis / follow-up
- [ ] I HAVE PERFORMED A MEDICAL SCREENING EVALUATION
- [ ] NO EMERGENCY MEDICAL CONDITION EXISTS
- [ ] FURTHER EVALUATION NEEDED TO RULE OUT AN EMC

**CLINICAL IMPRESSION**
(Rib Fracture(s)): R 10th        Laceration
(Contusion)/Sprain - Neck / (Thoracic) / Lumbar    Penetrating Chest Tra

**DISPOSITION**  (time: ____)
[ ] home  [ ] admit  [ ] transferred  [ ] AMA  [ ] observation  [ ] expired  [ ] M
Condition: [ ] stable   [ ] fair   [ ] good   [ ] poor   [ ] critical   [ ] improv
Follow-up: [ ] ED    [ ] PMD    [ ] on-call ____  in ___ da
Instructions: _____
Rx: _____

**ATTENDING NOTE**
- [ ] resident/NP/PA note reviewed
- [ ] I have performed a face to face evaluation of the patient
- [ ] I agree with above diagnosis  [ ] I have reviewed the treatment plan / conc

_____ Resident / NP
DAVID PERRY, MD  MD / DO

[ ] See Addendum Sheet

DCare Templates on ____ by Emergency Medi____ ultants of Pottstown, Releas

POTTSTOWN MEMORIAL MEDICAL CENTER TRUNK INJURY
EMERGENCY PHYSICIAN RECORD

Time Seen: 1426  Room: _____
Historian: patient / EMS / _____
History Limited by: _____  ☐ Translator

COOPER, DAVID L  RM# _____
PA# 8377336  10/27/1974  M  31
02/17/2006  MISC PHYSICIAN
MR# 12224

**CHIEF COMPLAINT:** ☐ injury / pain  [chest] abdomen / [back] neck

**POTTSTOWN MEMORIAL MED CTR**

**REVIEW OF SYSTEMS**
☐ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:

☑ General:      ☐ fever              ☐ chills
☐ HENT:         ☐ sore throat        ☐ headache
☑ Eyes:         ☐ visual complaints
☐ Resp:         ☐ cough              ⊘ SOB/DOE — resolved
☐ CV:           ⊘ chest pain
☐ GI:           ⊘ nausea/vomiting    ☐ diarrhea   ☐ abd pain
☐ GU:           ⊘ flank pain         ☐ dysuria / frequency / hematuria
☐ Skeletal:     see HPI
☑ Skin:         ☐ rash               ☐ laceration
☑ Neuro:        ☐ focal weakness     ☐ focal sensory loss  ☐ paresthesia
☐ Endocrine:    ☐ polyuria           ☐ polydypsia          ☐ weight change

**HISTORY OF PRESENT ILLNESS:**
age: 31  race: W/B/H/O  gender: M/F
onset: ☐ just prior to arrival in ED / ___ hrs/days/weeks
Timing: ⊘ continues in ED  ☐ improved  ☐ resolved
Severity of pain: mild  moderate  severe
  pain scale (1—10):
Location of pain: head  neck  chest  abdomen
  back  upper / middle / lower
Radiation of pain: ⊘ none
  R/L  ☐ arm/hand  ☐ buttocks/thigh/leg/foot
Associated injury: yes / no
  head injury yes/no  ☐ LOC / dazed
  Other: _____
Cause of injury: ☐ fall  ☐ MVA  ☐ stab wound  ☐ GSW

Pt alleges during arrest police pursued him
10-15 times in R side of back - intrascapular
pelvic brim. No mod pain severe c movement.
No other injury.

Work Related Injury? Yes/No
Site of Injury:   ☐ home      ☐ work
                  ☐ school    ⊘ street/park
Exacerbation of pain: ☐ nothing  ⊘ movement
Associated symptoms: ☐ none
  ⊘ SOB      ☐ neck pain
  mild - better p used inhaler

Tetanus status: ☐ current  ☐ > 5 years

ADDITIONAL HISTORY:
_____
_____

☐ PMH/SH/FH reviewed on nurse's notes and agree

PAST MEDICAL HISTORY  ☐ none
☐ HTN    ☐ asthma   ☐ arthritis   ☐ diabetes
☐ other: Allergic rhinitis

SOCIAL HISTORY  ☐ alcohol  ☐ tobacco  ☐ drug abuse
☐ lives alone / spouse / family / nursing home

MEDICATIONS  ☐ see nurse's notes
Albuterol MDI
Allergy pill

ALLERGIES  ⊘ NKDA   ☐ see nurse's notes

**PHYSICAL EXAM**  ☑ vital signs reviewed  ☑ VS stable
HR 92  Bp 137/97  RR 20  T 99.2  SaO2 % 100 RA

**APPEARANCE:**
☑ normal                  ☐ distressed: mild / moderate / severe

**HEENT**
☑ no trauma               ☐ laceration: _____
☑ PERRLA

**NECK**
☑ non-tender              ☐ tender paraspinal muscles R/L
☑ full ROM                ☐ tender midline
☑ no muscle spasm         ☐ muscle spasm  R/L
☑ trachea midline              mild  moderate  severe
                          ☐ decreased ROM

**CHEST**
☐ no evidence of trauma   ☑ chest wall tender: R/sternum LB anterior
                          ☐ ecchymosis / abrasion
                          ☐ splinting

**CARDIAC**
☑ normal
☑ no murmur / gallop      ☐ tachycardia / bradycardia
                          ☐ murmur  systolic / diastolic

**PULMONARY**
☑ normal
  →bs                     ☐ wheezing / rales / rhonchi  R/L
                          ☐ decreased breath sounds  R/L

**BACK**
☐ non-tender              ☑ tender paraspinal muscles R/L
☐ full ROM                ☐ tender midline
☑ no muscle spasm         ☐ muscle spasm  R/L
                              mild  moderate  severe
                          ☐ decreased ROM  painful flexion
                          ☐ pain on leg raising
                             Right: ___ degrees
                             Left:  ___ degrees

**GI/GU**
☑ soft                    ☐ distended
☑ non-tender              ☐ tender
☑ no organomegaly         ☐ mass
☐ normal genital exam     ☐ meatal blood  ☐ scrotal hematoma
☐ normal rectal exam      ☐ decreased rectal tone
                          ☐ heme positive stool

| ORDER PROCEDURE FORM | | Pottstown Memorial Medical Center |
|---|---|---|
| ORTHOPEDIC EMERGENCIES | Name: COOPER, DAVID L | Pt#: 8377336 |
| | Age: 31YRS  DOB: 10/27/1974  Sex: M | MR#: 000012224 |
| Date In: 2/17/2006    Time: _____ | EDP: **ED PHYSICIAN | PCP: NONE, NONE |

### Laboratory Tests

| Order Time | | Order Sent | By |
|---|---|---|---|
| | CBC | | |
| | BMP   CMP | | |
| | Sed Rate | | |
| | Uric Acid | | |
| | RA Factor | | |
| | Drug screen (serum), (urine) | | |
| | ETOH | | |
| | Type & Screen or Cross #___ Units | | |
| 1412 | UA (circled) | | |
| | Beta HCG | | |
| | Misc. Orders | | |
| | Previous Medical Records | | |
| | Physical Therapy - Eval & Tx | | |

### Other Diagnostic Tests

| Order Time | Radiology | Order Sent | By |
|---|---|---|---|
| 1430 | CXR, PA/LAT - Portable | | |
| | C-Spine (X-table) (Complete) | | |
| | Rib X-ray | | |
| | **Cardiopulmonary** | | |
| | EKG | | |
| | ABG | | |
| | O2      LPM | | |
| | Medical Necessity Information | | |

**Weight:** lbs 165   kgs 75   **Allergies:** NONE

| Order Time | Medication / Dosage / Route | V.O. | ReadBack | Adm Time | Adm by | Site | Time | Reassessment | Pain | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 1440 | Naprosyn 500mg po | | | | EW | po | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| 1440 | Tylenol 500mg po | | | | EW | po | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| 1440 | Vicodin 1 po | | | | EW | po | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |

| Order Time | IV Solution / Added Medication | Start Time | Device/Size | Location | Attempts | Amount | Start by | D/C Time | Amt Infused | D/C by |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ KVO Device: | | | | | | | | | | |
| ☐ IV Fluid: | | | | | | | | | | |

### Procedures / Nursing Assistance

- ☐ Cardiac Monitor  Rate ____  Rhythm ____
- ☐ NIBP Monitor  ☐ Pulse Oximetry
- ☐ (Cold), (Heat) Application
- ☐ Wound Irrigation
- ☐ Dressings
- ☐ Splint Application
- ☐ Ace Bandage Application
- ☐ Sling Application
- ☐ C-Spine Immobilization
- ☐ Foreign Body Removal
- ☐ (Local), (Regional) Anesthesia
- ☐ Conscious Sedation
- ☐ Laceration Repair
- ☐ Cast Application
- ☐ Fracture Care (open), (closed)

### Discharge Instructions:

| Initials/Signature: | Initials/Signature: | Initials/Signature: | Initials/Signature: |
|---|---|---|---|
| PA/ARNP: | | Physician's Signature: | |

**IMAGING SERVICES - RADIOLOGY - DIAGNOSTIC**
POTTSTOWN MEMORIAL MEDICAL CENTER
MONTGOMERY RADIOLOGY ASSOCIATES
1600 E. HIGH STREET
POTTSTOWN, PENNSYLVANIA 19464
Phone: 610-327-7485   Fax: - 610-970-3194

---

| | | |
|---|---|---|
| **PATIENT: COOPER, DAVID L** | | Exam: **CH-CHEST 2 VIEWS PA/AP AND LATERAL** |
| MR#: **12224** | DOB: 10/27/1974 | ADM Dr: PERRY, DAVID |
| ROOM: E-EOP | AGE: 31 Y | ORD Dr: PERRY, DAVID |
| PT#: 8377336 | SEX: M | DOS: **02/17/2006 14:53** |
| ADM: 02/17/2006 | DISCH: 02/17/2006 | REQ#: **4732354-1** |
| FINAL TRANS DATE: 02/20/2006 12:36:13 | | |
| COPY Dr:Physician Misc | | |

---

*** Final ***

**STUDY:** CH-CHEST 2 VIEWS PA/AP AND LATERAL

CHEST/TWO VIEWS:

CLINICAL HISTORY: Pain.

COMMENT: PA and lateral views of the chest were performed. No prior studies are available for comparison.

The costophrenic and cardiophrenic angles are clear bilaterally. The lungs are clear bilaterally. The heart is normal in size. The trachea is midline. The thoracic cage demonstrates fractures of the tenth and eleventh ribs on the right side.

IMPRESSION:

1) No acute pulmonary infiltrate is identified.

2) There are no findings of pneumothorax.

3) Fractures involving the tenth and eleventh ribs on the right side. The twelfth rib is congenitally hypoplastic.

---

Dictated By:   ANIL BHARDWAJ MD        Date: 02/17/2006 16:53:00        Page: 1
Transcribed By: MEP                    Date: 02/20/2006 12:36:13
Electronically Signed By:   ANIL BHARDWAJ MD

# AFFIDAVIT OF TESTIMONY
## FROM VICTIM OF SIMILAR EVENTS

Exhibit C
Powell

I **Corcie Rowe**, Do hereby declare that the below statements made herein are true and correct based upon my experience, knowledge, information and belief in accordance with the provisions under 28 U.S.C. §1746.

I **Corcie Rowe**, do state the following to be true and correct based upon my experience, knowledge, information and belief: Based upon my experience with Dennis Powell my family did experience difficulties with this Agent when Powell supervised a member of my family he illegally entered my 80 yr. old mother's home without identify himself to my mother, search my mother's bedroom, kitchen and the room where the parolee was renting. He was not suppose to enter my mother's room without a family member present. Powell harrassed this family member anywhere and anytime he saw him. His warrant to search was just the room where the parolee slept. He acted ignorant, using profanity and very disrespectful in front of my mother. At one point he ordered family members to leave the house and shut-up.

I **Corcie Rowe**, do hereby state that the above statement given by me is true and correct and that I am available to testify to the same in Court on behalf of David Cooper when called to do so and can be contacted at: _____
_____ (484)# 524-8417.

NOTARY _Thomas A. Palladino_
Thomas A. Palladino
Magisterial District Judge
Montgomery County, PA
District Court 38-1-11

SWORN TO AND SUBSCRIBED BEFORE ME THIS __11__ DAY OF __August 08__