IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID T. COOPER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **REGINALD A. ROBERTS, et al** | : | **NO. 08-0346** |

## ORDER

**AND NOW**, this 8th day of October, 2009, it is hereby **ORDERED** that the Court will attempt to appoint an attorney to represent Plaintiff from the Prisoner Civil Rights Panel. A copy of the Prisoner Civil Rights Program Description shall be **ATTACHED** to this Order.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**