IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID T. COOPER | : NO: 08-346 |
| vs. | : |
| OFFICER RAYMOND J. HAVRILAK CORPORAL GRIMM AND OFFICER HATFIELD | : : |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURTS:**

    Kindly withdraw my appearance on behalf of defendants, Officer Raymond J. Havrilak, Corporal Grimm and Officer Hatfield only.

                      WILLIAM J. FERREN & ASSOCIATES
                      BY:   /s/David P. Karamessinis, Esquire
                               David P. Karamessinis, Esquire
                               Attorney for Defendants, Havrilak,
                               Grimm and Hatfield
                               ID#:  50836
                               1500 Market Street- Suite 2920
                               Philadelphia, PA  19102
                               267-675-3028