IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID T. COOPER | :NO: 08-346 |
| vs. | : |
| OFFICER RAYMOND J. HAVRILAK CORPORAL GRIMM AND OFFICER HATFIELD | : : |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURTS:**

    Kindly enter my appearance on behalf of defendants, Officer Raymond J. Havrilak, Corporal Grimm and Officer Hatfield only.

           WILLIAM J. FERREN & ASSOCIATES
           BY:   /s/ Paola Tripodi Kaczynski, Esquire
                    Paola Tripodi Kaczynski, Esquire
                    Attorney for Defendants, Havrilak,
                    Grimm and Hatfield
                    ID#: 59602
                    1500 Market Street- Suite 2920
                    Philadelphia, PA 19102
                    267-675-3009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID T. COOPER | : NO: 08-346 |
| vs. | : |
| OFFICER RAYMOND J. HAVRILAK CORPORAL GRIMM AND OFFICER HATFIELD | : : |

## CERTIFICATE OF SERVICE

I, Paola Tripodi Kaczynski, Esquire do hereby certify that the within Entry of Appearance was filed electronically with the Court and copies were sent to Plaintiff who is pro se by United States mail, postage pre-paid and to all counsel via e-mail and/or United States mail on October 15, 2009.

                        WILLIAM J. FERREN & ASSOCIATES
BY:  /s/ Paola Tripodi Kaczynski, Esquire
       Paola Tripodi Kaczynski, Esquire
       Attorney for Defendants, Havrilak,
       Grimm and Hatfield
       ID#: 59602
       1500 Market Street- Suite 2920
       Philadelphia, PA 19102
       267-675-3009