IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID T. COOPER | :NO: 08-346 |
| vs. | : |
| OFFICER RAYMOND J. HAVRILAK CORPORAL GRIMM AND OFFICER HATFIELD | : : |

**ANSWER OF DEFENDANTS, GRIMM, HAVRILAK AND HATFIELD TO THE AFFIRMATIVE DEFENSES /CROSS CLAIM OF DEFENDANT REGINALD A. ROBERTS**

Defendants, Grimm, Havrilak and Hatfield by through their counsel Paola Tripodi Kaczynski, Esquire file their Answer to the Affirmative Defenses/Cross Claim of Defendant, Reginald A. Roberts and aver as follows:

**ANSWER TO DEFENDANT'S THIRD AFFIRMATIVE DEFENSE/CROSS CLAIM**

Denied. The allegations contained in this paragraph are conclusions of law to which no response is required. They are therefore denied. To the extent that these allegations are not deemed conclusions of law, it is denied that Answering Defendants are solely liable to the Plaintiff and/or liable to Defendant Roberts.

**ANSWER TO DEFENDANT'S FOURTH AFFIRMATIVE DEFENSE/CROSS CLAIM**

Denied. The allegations contained in this paragraph are conclusions of law to which no response is required. They are therefore denied. To the extent that these allegations are not deemed conclusions of law, it is denied that Answering Defendants are solely liable to the Plaintiff and/or liable to Defendant Roberts.

## ANSWER TO DEFENDANT'S FIFTH AFFIRMATIVE DEFENSE/CROSS CLAIM

Denied. The allegations contained in this paragraph are conclusions of law to which no response is required. They are therefore denied. To the extent that these allegations are not deemed conclusions of law, it is denied that Answering Defendants are solely liable to the Plaintiff and/or liable to Defendant Roberts.

        WILLIAM J. FERREN & ASSOCIATES
BY:   /s/ Paola Tripodi Kaczynski, Esquire
        Paola Tripodi Kaczynski, Esquire
        Attorney for Defendants, Havrilak,
        Grimm and Hatfield
        ID#: 59602
        1500 Market Street- Suite 2920
        Philadelphia, PA 19102
        267-675-3009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID T. COOPER | :NO:  08-346 |
| vs. | : |
| OFFICER RAYMOND J. HAVRILAK CORPORAL GRIMM AND OFFICER HATFIELD | : <br> : |

## CERTIFICATE OF SERVICE

I, Paola Tripodi Kaczynski, Esquire do hereby certify that the within Answer of Defendants, Havrilak, Grimm and Hatfield to Co-Defendant, Roberts' Affirmative Defenses/Cross Claim was electronically filed with the Court and copies were sent to all plaintiff (who is *pro se*) and all counsel via e-mail and/or United States mail on October 15, 2009

```
                              WILLIAM J. FERREN & ASSOCIATES
                    BY:       /s/ Paola Tripodi Kaczynski, Esquire
                              Paola Tripodi Kaczynski, Esquire
                              Attorney for Defendants, Havrilak,
                              Grimm and Hatfield
                              ID#:  59602
                              1500 Market Street- Suite 2920
                              Philadelphia, PA  19102
                              267-675-3009
```