## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID T. COOPER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **REGINALD A. ROBERTS, et al** | : | **NO. 08-0346** |

### ORDER

**AND NOW**, this 29th day of October, 2009, upon consideration of Plaintiff, David T. Cooper's, Motion for Appointment of Counsel and this Court noting that an Order for the appointment of counsel has previously been issued (Doc. No. 63), it is hereby **ORDERED** that Plaintiff's Motion (Doc. No. 67) is **DENIED** as **MOOT**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**