IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COOPER | : | CIVIL ACTION |
| v. | : | |
| ROBERTS, et al. | : | NO. 08-346 |

## ORDER

AND NOW, this 16th day of December 2009, it is **ORDERED** that Stephen D. Brown, Esquire, Robert W. Ashbrook, Jr., Esquire, and Sharon K. Gagliardi, Esquire, of Dechert LLP, are appointed to represent the plaintiff in this action.

This appointment shall remain in effect until the final determination in this court or until amended or revoked by Order of this Court.

MITCHELL S. GOLDBERG, J.