IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COOPER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERTS, et al | : | NO. 08-346 |

# O R D E R

AND NOW, this 7th day of May, 2010, having met with counsel in an effort to resovle the above captioned matter, it is hereby **ORDERED** that:

Plaintiff's counsel shall inform the undersigned as to the viability of further settlement discussions at the conclusion of the scheduled depositions in this matter.

BY THE COURT:

/s/ L. Felipe Restrepo_____
L. Felipe Restrepo
United States Magistrate Judge